B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cogentus Pharmaceuticals, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Amplify Therapeutics, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all):<br>**16-1745338** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1891 Page Mill Road, Suite 200**<br>**Palo Alto, CA 94304**<br><br>ZIP CODE **94304-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Santa Clara** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**301 Ravenswood Ave., Suite 100**<br>**Menlo Park, CA 94025**<br><br>ZIP CODE **94025-0000** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cogentus Pharmaceuticals, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)      Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

     _____
     (Name of landlord that obtained judgment)

     _____
     (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))..

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Cogentus Pharmaceuticals, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
　Signature of Debtor

X _____
　Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
　Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ William C. Lewis**
　Signature of Attorney for Debtor(s)
**William C. Lewis, Esq. 77193**
Printed Name of Attorney for Debtor(s)
**Law Offices of William C. Lewis**
Firm Name
**510 Waverley St.**
**Palo Alto, CA 94301**
Address
**wclewis@williamclewis.com**
**650-322-3300 Fax:650-327-9720**
Telephone Number
**1/16/09**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Margaret A. Horn**
　Signature of Authorized Individual
**Margaret A. Horn**
Printed Name of Authorized Individual
**Senior Vice President & Secretary**
Title of Authorized Individual
**1/16/09**
Date

# United States Bankruptcy Court
## Northern District of California

In re **Cogentus Pharmaceuticals, Inc.** ,
                                                                          Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 2,260,348.35 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 6 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 17,282,215.10 | |
| G - Executory Contracts and Unexpired Leases | Yes | 6 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 2,260,348.35 | | |
| Total Liabilities | | | | 17,282,215.10 | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re   **Cogentus Pharmaceuticals, Inc.**
_____ ,
                                                Debtor

Case No. _____

Chapter                      **7**           

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re   **Cogentus Pharmaceuticals, Inc.**        ,        Case No. _____
                                 Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

  **0**    continuation sheets attached to the Schedule of Real Property            (Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

In re **Cogentus Pharmaceuticals, Inc.** _____ , Case No. _____
                                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Silicon Valley Bank, 3003 Tasman Drive, Santa Clara, CA 95054** | - | 2,193.34 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit (Palo Alto office space) (CFO2 Palo Alto, L.P.)** | - | 329,657.00 |
| | | **Security deposit (Dr. Arun's (consultant) housing) (Murli Krishna)** | - | 2,150.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **See attachment entitled, Section 2. Part B. Type 9. Insurance Policies** | - | 540,056.53 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     874,056.87
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re   **Cogentus Pharmaceuticals, Inc.**                    ,      Case No. _____

                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                         Sub-Total >         **0.00**
                                                    (Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

In re   **Cogentus Pharmaceuticals, Inc.**                      ,    Case No. _____

                                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **see attachment entitled Section 2. Part B. Type 22. Intellectual Property** | **-** | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **license with Murli Krishna (non binding termsheet, dated 10/30/08)** | **-** | **Unknown** |
| | | **Bloomberg terminal license and service contracts** | **-** | **Unknown** |
| | | **3 licenses (agreements dated 2/3/07, 4/11/06, and 11/6/06) with Pharmetrix re pharmaceutical database research** | **-** | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office furniture and equipment (net book value)** | **-** | **231,853.83** |
| | | **software and supplies (net book value)** | **-** | **9,765.82** |
| | | **computer, networking and other IT equipment (net book value)** | **-** | **39,450.99** |
| | | **phone systems and projectors (net book value)** | **-** | **17,296.84** |
| | | **printing/stationery supplies, folders, pens, binder & other misc. supplies (net book value)** | **-** | **1,500.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

                                                     Sub-Total >       **299,867.48**
                                                     (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re   **Cogentus Pharmaceuticals, Inc.**                  ,       Case No. _____

                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | P.O. #2008-026 prepayment (Arch Pharmalabs) | - | 3,000.00 |
| | | Online information research-unexpired subscription (Bloomberg L.P.) | - | 3,600.00 |
| | | Online capitalization subs fee-unexpired portion (eProsper) | - | 875.00 |
| | | Property Taxes Jul 08-Jun 09-prepayment balance (Lee Buffington, San Mateo County) | - | 1,042.00 |
| | | Prepayment - CG104-to be offset against accounts payable (Paraxel) | - | 912,884.00 |
| | | DDE Lan annual subscription - unexpired portion (Uppsala Monitoring Centre) | - | 11,898.00 |
| | | Promissory note from employee (R. Gerber) | - | 6,250.00 |
| | | promissory note from employee (P. LaPuerta) | - | 34,375.00 |
| | | promissory note from employee (L. McBride) | - | 112,500.00 |
| | | leasehold improvements | - | Unknown |
| | | potential breach of contract claim against investor, The Keffi Group Ltd. | - | Unknown |

|  | Sub-Total > | 1,086,424.00 |
|---|---|---|
| | (Total of this page) | |
| | Total > | 2,260,348.35 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

# Section 2. Part B. Type 9. Insurance Policies

## Unexpired Prepaid Insurance Policies

| Description | Total # of Patients | Vendor | Amount | Monthly | Invoice Date | Start Date | End Date | # of Months | Unexpired Premiums at 12/31/08 |
|---|---|---|---|---|---|---|---|---|---|
| Directors & Officers | | ABD Insurance | $ 6,548.00 | $ 545.67 | 07/31/07 | 07/26/08 | 07/26/09 | 12 | 3,546.83 |
| Flex spending enrollment fee-Oct | | TASC | | | | | | | - |
| General liability | | Traveler's | $ 7,368.00 | 614.00 | 06/23/08 | 06/12/08 | 06/12/09 | 12 | 3,377.00 |
| Next Month's Dental & vision | | Guardian Life Ins. | | | | | | | 1,533.86 |
| Next month's Health Insurance | | Blue Cross of CA | | | | | | | 11,081.00 |
| Next Month's Health Insurance | | Kaiser Permanente | | | | | | | 917.00 |
| Next Month's Life/ADD/LTD Insurance | | Reliance Standard | | | | | | | 1,665.31 |
| Prod Liab-Bulgaria | 175 | Biomedic Insure | $ 13,172.18 | 731.79 | 04/24/08 | 05/19/08 | 11/27/09 | 18 | 7,683.77 |
| Prod Liab-Bulgaria-addtl 125 pts. | 300 | Biomedic Insure | $ 2,859.25 | 219.94 | 11/04/08 | 11/05/08 | 11/27/09 | 13 | 2,529.34 |
| Prod Liab-Chile | | Ace american Ins. | $ 11,900.00 | 991.67 | 07/29/08 | 08/15/08 | 08/15/09 | 12 | 7,437.50 |
| Prod Liab-Czech Republic | 105 | Biomedic Insure | $ 18,169.12 | 825.87 | 02/27/08 | 02/05/08 | 11/27/09 | 21 | 9,497.49 |
| Prod Liab-France | 110 | Biomedic Insure | $ 11,981.32 | 570.54 | 02/26/08 | 03/03/08 | 11/27/09 | 21 | 6,561.20 |
| Prod Liab-Germany | 360 | Biomedic Insure | $ 245,183.42 | 11,675.40 | 02/26/08 | 03/03/08 | 11/27/09 | 21 | 134,267.11 |
| Prod Liab-Hungary | 70 | Biomedic Insure | $ 17,375.60 | 789.80 | 01/25/08 | 02/12/08 | 11/27/09 | 22 | 9,082.70 |
| Prod Liab-Hungary-addtl 80 pts. | 150 | Biomedic Insure | $ 15,694.80 | 1,207.29 | 10/16/2008 | 10/24/08 | 11/27/09 | 13 | 12,676.57 |
| Prod Liab-Italy | 140 | Biomedic Insure | $ 25,813.88 | 1,434.10 | 04/28/08 | 05/01/08 | 11/27/09 | 18 | 14,341.04 |
| Prod Liab-México | 150 | Seguros | $ 51,773.00 | 2,724.89 | 05/05/08 | 04/15/08 | 11/30/09 | 19 | 28,611.39 |
| Prod Liab-Poland | 284 | Biomedic Insure | $ 60,244.11 | 2,868.77 | 02/27/08 | 03/03/08 | 11/27/09 | 21 | 32,990.82 |
| Prod Liab-Poland-addtl 277 pts | 561 | Biomedic Insure | $ 91,429.54 | 5,079.42 | 06/06/08 | 06/19/08 | 11/27/09 | 18 | 58,413.32 |
| Prod Liab-Poland-addtl 389 | 950 | Biomedic Insure | $ 73,262.86 | 5,635.60 | 10/27/08 | 10/31/08 | 11/27/09 | 13 | 59,173.85 |
| Prod Liab-Romania | 100 | Biomedic Insure | $ 8,902.38 | 494.58 | 05/05/08 | 05/05/08 | 11/30/09 | 18 | 5,193.06 |
| Prod Liab-Romania-addtl 225 pts. | 325 | Biomedic Insure | $ 11,411.19 | 877.78 | 10/31/08 | 11/13/08 | 11/30/09 | 13 | 10,094.51 |
| Prod Liab-Slovakia | 75 | Biomedic Insure | $ 15,166.93 | 689.41 | 01/25/08 | 01/31/08 | 11/27/09 | 22 | 7,238.76 |
| Prod Liab-Slovakia-addtl 100 | 175 | Biomedic Insure | $ 19,153.01 | 1,473.31 | 10/17/08 | 10/28/08 | 11/27/09 | 13 | 15,469.7 |
| Prod Liab-Ukraine | 225 | Biomedic Insure | $ 21,719.04 | 1,206.61 | 04/24/08 | 05/19/08 | 11/27/09 | 18 | 12,669.44 |
| Prod Liab-US | | ABD Insurance | $ 118,593.75 | 9,882.81 | 09/23/08 | 09/28/08 | 09/28/09 | 12 | 84,003.91 |

Total monthly balance     $ 540,056.53

# Section 2. Part B. Type 22: Intellectual Property

## Patent Family

| Docket No. | Serial No/Filing Date | Title | File Location | Responsible Attorney |
|---|---|---|---|---|
| CG-001<br>CG-001US<br>CG-001WO | USSN11/640.107 filed 15 Dec 2006<br>PCT/US2006/047886 filed 15 Dec 2006 | Oral Pharmaceutical Formulations containing non-steroidal anti-inflam. drugs and acid inhibitors | Fire King #1 | Dave Brezner<br>Morgan Lewis (SF)<br>415-442-1174<br>dbrezner@morganlewis.com |
| CG-002<br>CG-002-C1US<br>CG-002WO | USSN 11/696.554<br>USSN 12/254.640<br>PCT/US2007/065967 | Oral dosage forms including an anti-platelet agent and an acid inhibitor | Fire King #1 | Thomas Friebel<br>Jones Day<br>212-326-3841<br>tebfriebel@jonesday.com |

## Domain Rights
www.cogentus.net

Registrar. NETWORK SOLUTIONS, LLC.
Referral URL  http://www.networksolutions.com
Status: client TransferProhibited
Updated Date: 12-mar-2007
Creation Date:: 02-jun-2006
Expiration Date: 02-jun-2009

## Clinical and pre-clinical Data

| CG101 | | PK Interaction Study CG101 | P:\Clinical\CGT-2168\CG101 PK-interaction\Data\PPD Final TLFs hard copy in binders outside the cafeteria |
|---|---|---|---|
| CG102 | | Dose Ranging Study CG102 | P:\Clinical\CGT-2168\CG102 Dose-Ranging\Data\UBC Final TLFs hard copy in binders outside the cafeteria |
| CG103 | | Bioequivalence Study CG103 | P:\Clinical\CGT-2168\CG103 Bioequivalence\Data\PPD Final TLF hard copy in binders outside the cafeteria |
| CG106 | | PD study CG106 | P:\Clinical\CGT-2168\CG106 Definitive PD\Data\ hard copy in binders outside the cafeteria |

Pre-clinical study by Dr. Fionuci                                   p:\report\cogentusV2 final

KABS generated dissolution data                           p:\patents\KABS\dissolution study final

In re     **Cogentus Pharmaceuticals, Inc.**           Case No. _____

                                                 Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | security deposit (Palo Alto office space) | | | | | |
| **CF02 Palo Alto, L.P.** **PO Box 201939** **Dept. 93929** **Dallas, TX 75320-1939** | | - | | | | | | |
| | | | Value $     **329,657.00** | | | | **Unknown** | **Unknown** |
| Account No. | | | security deposit (may have already been paid) | | | | | |
| **Murli Krishna** **D-98, Ranjangaon M.I.D.C., Tal-Shirur** **Distpune, Pin-412 209 India** | | - | | | | | | |
| | | | Value $     **2,150.00** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

  **0**   continuation sheets attached

| | Subtotal (Total of this page) | **0.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **0.00** | **0.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **Cogentus Pharmaceuticals, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

5 continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re **Cogentus Pharmaceuticals, Inc.** , Case No. _____
                                   Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | severance agreement | | | | | |
| John Jermano PO Box 2914 El Granada, CA 94018 | | - | | | | | Unknown | Unknown / Unknown |
| Account No. | | | severance agreement | | | | | |
| Linda McBride 19741 Scotland Drive Saratoga, CA 95070 | | - | | | | | Unknown | Unknown / Unknown |
| Account No. | | | severance agreement | | | | | |
| Margaret Horn 21 Tulip Lane San Carlos, CA 94070 | | - | | | | | Unknown | Unknown / Unknown |
| Account No. | | | $1,000 in backpay and severance agreement claim in unknown amount | | | | | |
| Mark Goldsmith 1024 Louise Street Menlo Park, CA 94025 | | - | | | | | Unknown | Unknown / Unknown |
| Account No. | | | severance agreement | | | | | |
| Pablo Lapuerta 757 College Avenue Menlo Park, CA 94025 | | - | | | | | Unknown | Unknown / Unknown |

Sheet __1__ of __5__ continuation sheets attached to            Subtotal            0.00
Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)      0.00      0.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re **Cogentus Pharmaceuticals, Inc.** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | severance agreement | | | | | |
| **Ronald Gerber 3249 Jackson Street San Francisco, CA 94118** | - | | | | | | | | **Unknown** |
| | | | | | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **2** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

**0.00**
**0.00**      **0.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re   **Cogentus Pharmaceuticals, Inc.** _____,   Case No. _____

                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | for notice only | | | | | | |
| **CA-Attorney General 1300 I Street Sacramento, CA 95814** | | - | | | | | Unknown | | Unknown |
| | | | | | | | | | Unknown |
| Account No. | | | for notice only | | | | | | |
| **CA-Board of Equalization Attn: Collection Unit Mic 29 PO Box 942879 Sacramento, CA 94279-0001** | | - | | | | | Unknown | | Unknown |
| | | | | | | | | | Unknown |
| Account No. | | | for notice only | | | | | | |
| **CA-Dept of Motor Vehicles PO Box 932382 Sacramento, CA 94244-3820** | | - | | | | | Unknown | | Unknown |
| | | | | | | | | | Unknown |
| Account No. | | | for notice only | | | | | | |
| **CA-EDD Bankruptcy Special Procedures Group Mic 92-E PO Box 826900 Sacramento, CA 94280-0001** | | - | | | | | Unknown | | Unknown |
| | | | | | | | | | Unknown |
| Account No. | | | for notice only | | | | | | |
| **CA-Franchise Tax Board Bankruptcy Unit MS G-11 PO Box 2952 Sacramento, CA 95812-2952** | | - | | | | | Unknown | | Unknown |
| | | | | | | | | | Unknown |

Sheet __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **Cogentus Pharmaceuticals, Inc.** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | for notice only | | | | | |
| **Internal Revenue Service (San Jose Cases) Insolvency, MS 5420/5430 55 S. Market Street San Jose, CA 95113** | | - | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | for notice only | | | | | |
| **Santa Clara County Assessor 70 West Hedding Street East Wing San Jose, CA 95110** | | - | | | | | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | for notice only | | | | | |
| **US-Attorney 650 Capital Mall #3305 Sacramento, CA 95814** | | - | | | | | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | for notice only | | | | | |
| **US-Attorney General Dept. of Justice Tax Div Main Justice Building 10th St. & Constitution Ave. NW Washington, DC 20530** | | - | | | | | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | for notice only | | | | | |
| **US-Attorney Tax Division 450 Golden Gate Ave 10th Fl PO Box 36055 San Francisco, CA 94102** | | - | | | | | | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet __4__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 0.00 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **Cogentus Pharmaceuticals, Inc.** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | for notice only | | | | | | | |
| US-Department of Justice 950 Pennsylvania Avenue NW Washington, DC 20530-0001 | - | | | | | | | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | for notice only | | | | | | | |
| US-Dept. of Justice Attorney General Civil Trial Section - Western Region P.O. Box 683 Ben Franklin Station Washington, DC 20044 | - | | | | | | | Unknown | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | for notice only | | | | | | | |
| US-IRS PO Box 21126 Stop N781 Philadelphia, PA 19114 | - | | | | | | | Unknown | Unknown |
| | | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __5__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |
| | 0.00 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Cogentus Pharmaceuticals, Inc.**           ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0090874** <br><br> **ACM Clinical Trials Division** <br> **PO Box 26290** <br> **Rochester, NY 14626** | - | | Clinical Services | | | | 169,488.53 |
| Account No. **009251** <br><br> **ACM Clinical Trials Division** <br> **PO Box 26290** <br> **Rochester, NY 14626** | - | | Clinical Services | | | | 210,496.91 |
| Account No. **009432** <br><br> **ACM Clinical Trials Division** <br> **PO Box 26290** <br> **Rochester, NY 14626** | - | | Clinical Services | | | | 176,812.20 |
| Account No. 46233153 <br><br> **Alphagraphics** <br> **1294 Anvilwood Court** <br> **Sunnyvale, CA 94089** | - | | Office Supplies | | | | 233.57 |

___12___ continuation sheets attached

                                                 Subtotal       **557,031.21**
                                          (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037              S/N:25158-081217   Best Case Bankruptcy

In re  **Cogentus Pharmaceuticals, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**ATT Mobility**<br>**PO Box 6463**<br>**Carol Stream, IL 60197** | - | | | | | | | | 1,916.09 |
| Account No. **13394, 13633** <br><br>**Bay Shred**<br>**PO Box 1818**<br>**Pacifica, CA 94044** | - | | | | Office Supplies | | | | 272.00 |
| Account No. **5600268112** <br><br>**Bloomberg Finance LP**<br>**PO Box 30244**<br>**Hartford, CT 06150-0244** | - | | | | Information Services | | | | 5,400.00 |
| Account No. <br><br>**Bonnie Horner**<br>**95 Main Street, #10**<br>**Los Altos, CA 94022** | - | | | | Consulting Services | | | | 1,400.00 |
| Account No. <br><br>**Carl Zlatchin, PH.D**<br>**2456 Bush Street**<br>**San Francisco, CA 94115** | - | | | | Consulting Services | | | | 1,560.00 |

Sheet no. __1___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **10,548.09**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Cogentus Pharmaceuticals, Inc.**                                    ,   Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Catalent Pharma Solutions** **PO Box 828771** **Philadelphia, PA 19182-8771** | - | | **Clinical Services** | | | | 205,164.56 |
| Account No. **656**  **CF02 Palo Alto, L.P.** **PO Box 201939** **Dept. 93929** **Dallas, TX 75320-1939** | - | | **Unpaid Rent** | | | | 52,570.39 |
| Account No. **15433**  **CH Reynolds Electric Inc.** **1281 Wayne Avenue** **San Jose, CA 95131** | - | | **Office Equipment** | | | | 9,950.00 |
| Account No.  **CIT Technology Finance Serv., Inc.** **PO Box 550599** **Jacksonville, FL 32255** | - | | | | | | 750.13 |
| Account No. **071-0811B-002**  **Corealis Pharma** **141, Avenue President Kennedy,** **#SB6520** **Montreal, Quebec** **H2X 3YZ Canada** | - | | **Clinical Services** | | | | 2,015.00 |

Sheet no. __2__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                270,450.08

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re **Cogentus Pharmaceuticals, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Donald J. Hayden, Jr. <br> 9 Larkspur Lane <br> Newton, PA 18940 | | - | | Consulting Services | | | | 5,000.00 |
| Account No. 0021658-IN <br><br> Dow Pharmaceutical Sciences <br> File 74444 <br> PO Box 60000 <br> San Francisco, CA 94160 | | - | | Clinical Services | | | | 541.25 |
| Account No. <br><br> eFax Corporation <br> c/o 2 Global Communications, Inc. <br> PO Box 51873 <br> Los Angeles, CA 90051 | | - | | | | | | 324.10 |
| Account No. 533316 <br><br> eMag Solutions, LLC <br> PO Box 64911 <br> Baltimore, MD 21264-4911 | | - | | IT Services | | | | 553.00 |
| Account No. 16902 <br><br> Facillicorp <br> 1631 Willow Street, #10 <br> San Jose, CA 95125 | | - | | Facility Relocation management services | | | | 13,867.79 |

Sheet no. __3__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **20,286.14**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **Cogentus Pharmaceuticals, Inc.** _____, Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Federal Express <br> PO Box 7221 <br> Pasadena, CA 91109 | | - | | Mailing Services | | | | 151.66 |
| Account No. 110108 <br><br> Geoffery Meyerson <br> 1640 Oakwood Drive #302 <br> Penn Valley, PA 19072 | | - | | Consulting Fee | | | | 1,350.00 |
| Account No. 10507999 <br><br> HellerEhrman LLP <br> 333 Bush Street <br> San Francisco, CA 94101 | | - | | Legal Services | | | | 4,825.00 |
| Account No. 1751110 <br><br> Hogan & Hartson <br> 8300 Greensboro Drive, #1100 <br> Mc Lean, VA 22102 | | - | | Legal Services | | | | 127.50 |
| Account No. 84821 <br><br> Hyman, Phelps & McNamara, P.C. <br> 700 13th Street, N.W. #1200 <br> Washington, DC 20005 | | - | | Legal Services | | | | 1,230.00 |

Sheet no. __4__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 7,684.16

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re **Cogentus Pharmaceuticals, Inc.** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Indo American Society of Interventional Cardiology** <br> **185 Shore Drive South** <br> **Miami, FL 33133** | - | | | | | | 3,000.00 |
| Account No. <br><br> **InfoPartners** <br> **985 Industrial Road, #202** <br> **San Carlos, CA 94070** | - | | IT Services | | | | 4,305.00 |
| Account No. <br><br> **InSciTech** <br> **1215 Morris Avenue** <br> **Dorval, Quebec, H9S 1Z8, Canada,** | - | | Clinical Services | | | | 30,562.50 |
| Account No. CP-2118-011 <br><br> **Iris Latorre, PharmD.** <br> **21 Sullivan Drive** <br> **Basking Ridge, NJ 07920** | - | | Clinical Services | | | | 5,925.00 |
| Account No. <br><br> **Jones Day** <br> **222  East 41st Street** <br> **New York, NY 10017-6702** | - | | Legal Services | | | | 86,627.80 |

Sheet no. __5___ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **130,420.30**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re   **Cogentus Pharmaceuticals, Inc.**                                      ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jordan Limited**<br>**20-22 Bedford Row**<br>**London WC1R, 4JS** | - | | | | | | 840.30 |
| Account No. **0810-10060**<br><br>**KABS Pharmaceutical Services**<br>**4500 de Tonnancour St**<br>**Hubert, Quebec J3Y 9G2 Canada** | - | | Clinical Services | | | | 2,240.00 |
| Account No. **211384331**<br><br>**Konica Minolta Business Solutions**<br>**Dept LA22988**<br>**Pasadena, CA 91185-2988** | - | | Office Supplies | | | | 312.04 |
| Account No. **08.11.26**<br><br>**Mariann Caprino**<br>**261 School House Road**<br>**Hudson, NY 12534** | - | | Services | | | | 1,000.00 |
| Account No. **201065**<br><br>**Marianne Mann, MD, PC**<br>**7105 Biter Lane**<br>**Highland, MD 20777** | - | | Consulting Services | | | | 3,000.00 |

Sheet no. __6___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **7,392.34**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

In re **Cogentus Pharmaceuticals, Inc.** _____, Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | Clinical Services | | | | |
| **Med Script Association 176 Chemlin St.-Henri, Ste-Marthe Quebec, Canada JOP 1W0** | - | | | | | | | | 2,500.00 |
| **Account No.** | | | | | Clinical Services | | | | |
| **Michaels & associates 32108 Alvarado Blvd, #200 Union City, CA 94587** | - | | | | | | | | 88,841.76 |
| **Account No.** | | | | | Legal Services | | | | |
| **Morgan Lewis Dave Breznee One Market, Spear St Tower San Francisco, CA 94105** | - | | | | | | | | 13,309.28 |
| **Account No.** | | | | | | | | | |
| **Morris, Nichols, Arsht & Tunnel, LLP PO Box 1347 Wilmington, DE 19899** | - | | | | | | | | 5,235.71 |
| **Account No.** | | | | | Legal Services | | | | |
| **O'Melveny & Myers, LLP 2765 Sand Hill Road Menlo Park, CA 94025** | - | | | | | | | | 74,749.19 |

Sheet no. __7__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **184,635.94**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

In re **Cogentus Pharmaceuticals, Inc.** _____ , Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **502484434** <br><br> **Office Depot** <br> **PO Box 70025** <br> **Los Angeles, CA 90074-0025** | | - | | **Office Supplies** | | | | 507.97 |
| Account No. <br><br> **Parexel** <br> **5239 Payshere Circle** <br> **Chicago, IL 60674** | | - | | **Clinical services on behalf of 450 sites(e.g. Hospitals, cath. labs, doctor's offices)** | | | | 13,893,528.71 |
| Account No. <br><br> **Patheon, Inc.** <br> **7070 Mississauga Road, #350** <br> **Mississauga, Ontario, Canada** | | - | | **Clinical Servies** | | | | 389,947.21 |
| Account No. <br><br> **Peninsula Communications** <br> **562 E. Weddell Drive** <br> **Suite 2** <br> **Sunnyvale, CA 94089** | | - | | | | | | 50.00 |
| Account No. <br><br> **Pension Dynamics** <br> **2300 Contra Costa Blvd.** <br> **Suite 400** <br> **Pleasant Hill, CA 94523** | | - | | | | | | 346.00 |

Sheet no. __8__ of __12__ sheets attached to Schedule of            Subtotal
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)      14,284,379.89

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **Cogentus Pharmaceuticals, Inc.** ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Pinnacle Ventures**<br>**130 Lytton Avenue, #220**<br>**Palo Alto, CA 94301** | | - | | **Convertible Debt** | | | | 133,333.00 |
| Account No.<br><br>**Pitney Bowes**<br>**PO Box 856042**<br>**Louisville, KY 40285-6042** | | - | | **Postge Services** | | | | 193.98 |
| Account No. **01910285**<br><br>**Premier Global Services**<br>**PO Box 404351**<br>**Atlanta, GA 30384-6216** | | - | | **Telecommunication Services** | | | | 1,632.13 |
| Account No.<br><br>**Prospect Venture Partners III, L.P.**<br>**435 Tasso Street, #200**<br>**Palo Alto, CA 94301** | | - | | **Convertible Debt** | | | | 500,000.00 |
| Account No. **COGE0806, 0807, 0808**<br><br>**Quality Assurance Systems, Inc.**<br>**30848 Villa Toscana**<br>**Bonsall, CA 92003-6216** | | - | | **Clinical Services** | | | | 24,804.90 |

Sheet no. __9__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

659,964.01

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **Cogentus Pharmaceuticals, Inc.**                                              ,          Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **INC-011002**<br><br>**Quintilles, Inc**<br>**PO Box 601070**<br>**Charlotte, NC 28260-1070** | | - | | **Clinical Services** | | | | 31,705.62 |
| Account No. **874, 890**<br><br>**Regulatory Professionals, Inc**<br>**730 Kirkwall Place**<br>**Milpitas, CA 95035** | | - | | **Clinical Services** | | | | 42,111.86 |
| Account No.<br><br>**Ridgeback Capital Investments, L.P.**<br>**430 Park Avenue, 12th Floor**<br>**New York, NY 10022** | | - | | **Convertible Debt** | | | | 500,000.00 |
| Account No. **1189**<br><br>**Robert R. Fenichel**<br>**4121 Burkehill Road**<br>**West Vancouver, BC V7V 3M3**<br>**Canada** | | - | | **Consulting Services** | | | | 1,466.66 |
| Account No.<br><br>**SAS Biomedic Insure**<br>**PIBS-CP 142 56038**<br>**Vannes Cedex France** | | - | | | | | | 2,122.17 |

Sheet no. __10__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

577,406.31

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re __Cogentus Pharmaceuticals, Inc._____,   Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **8.12.03**<br><br>**Susan Schrader**<br>**8 Ridge Court**<br>**Redwood City, CA 94062** | | - | | **Clinical Consultant** | | | | **17,111.25** |
| Account No. **633, 633-A, 639**<br><br>**Synergee LLC**<br>**306 Upper Mountain Ave**<br>**Upper Montclair, NJ 07043** | | - | | **Clinical Services** | | | | **43,000.00** |
| Account No.<br><br>**Telepacific Communications**<br>**515 S. Flower St.**<br>**47th Floor**<br>**Los Angeles, CA 90071** | | - | | | | | | **1,308.49** |
| Account No.<br><br>**The Keffi Group Ltd.**<br>**500 5th Avenue, 44th Floor**<br>**New York, NY 10110** | | - | | **Convertible Debt** | | | | **500,000.00** |
| Account No.<br><br>**Verizon Wireless**<br>**PO Box 96088**<br>**Bellevue, WA 98009** | | - | | | | | | **109.39** |

Sheet no. __11__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**561,529.13**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

In re **Cogentus Pharmaceuticals, Inc.** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **240** <br><br> **Woodfield Clinical Consulting LLC** <br> **5481 South Acacia Creek Drive** <br> **Green Valley, AZ 85614-8098** | | - | | **Consulting Services** | | | | 9,000.00 |
| Account No. **2008-18105** <br><br> **Workspace Innovations** <br> **240 El Camino Real** <br> **Belmont, CA 94002** | | - | | **Office Supplies** | | | | 1,487.50 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __12__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 10,487.50 |
| | Total (Report on Summary of Schedules) | 17,282,215.10 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Cogentus Pharmaceuticals, Inc.**        Case No. _____

                                      ,
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Aclairo Pharmaceutical Development Group (Hilary Sheevers)**<br>**PO Box 11308**<br>**Mc Lean, VA 22102** | **toxicology services** |
| **ACM Clinical Trials Division**<br>**P.O. Box 26290**<br>**Rochester, NY 14626** | **clinical services agreement** |
| **Angel Lanas**<br>**C/La Ontina**<br>**Aibar, Navarra**<br>**Spain** | **clinical/regulatory consultant** |
| **Aqua Prix**<br>**PO Box 644006**<br>**Cincinnati, OH 45264-4006** | **Corporate Lease** |
| **Biosoteria, Inc.**<br>**958 Oak Vista Court**<br>**Lafayette, CA 94549** | **clinical consulting** |
| **Bonnie Horner**<br>**95 Main Street, #10**<br>**Los Altos, CA 94022** | **corporate consultant** |
| **Byron Cryer**<br>**627 Kessler Lake Dr.**<br>**Dallas, TX 75208** | **clinical consulting** |
| **Catalent Pharma Solutions**<br>**PO Box 828771**<br>**Philadelphia, PA 19182-8771** | **Non-Clinical Service Agreement** |
| **CF02 Palo Alto, L.P.**<br>**PO Box 201939**<br>**Dept. 93929**<br>**Dallas, TX 75320-1939** | **Corporate Lease** |
| **Colice Pharmaceutical Consulting, LLC**<br>**808 Edelblut Drive**<br>**Silver Spring, MD 20901** | **regulatory consultant** |
| **Constella Group Ltd.**<br>**20 Milton Park**<br>**Abingdon,**<br>**Oxfordshire, OX14 4SH, UK** | **clinical/regulatory consulting** |

5

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

In re __Cogentus Pharmaceuticals, Inc._____,    Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Corealis Pharma**<br>**141 Avenue President Kennedy,**<br>**SB6520**<br>**Monteal, Quebec** | **Non-clinical Services Agreement** |
| **Covance**<br>**PO Box 820511**<br>**Philadelphia, PA 19182** | **Clinical Services Agreement** |
| **David Stout**<br>**P.O. Box 342**<br>**Freedom, WY 83120** | **clinical/regulatory consultant** |
| **Deepak Bhat**<br>**Cleveland Clinical**<br>**9500 Euclid Avenue**<br>**Desk F25**<br>**Cleveland, OH 44195** | **clinical and regulatory consulting** |
| **Donald J. Hayden, Jr.**<br>**9 Larkspur Lane**<br>**Newton, PA 18940** | **marketing consultant** |
| **Facillicorp**<br>**1631 Willow Street, #10**<br>**San Jose, CA 95125** | **Corporate Lease** |
| **FDA Ready Consulting**<br>**8 Decelle Court**<br>**Alameda, CA 94501** | **regulatory consulting** |
| **Geoffrey Meyerson**<br>**1640 Oakwood Drive, #10**<br>**Penn Valley, PA 19072** | **finance consultant** |
| **Guirag Proochikian**<br>**7812 ydal Terrace**<br>**Rockville, MD 20855** | **clinical/regulatory consultant** |
| **Heart Research Consulting (Kim Fox/**<br>**Karen Summers)**<br>**88 Harley Street**<br>**London, W18 7HR, UK** | **clinical/regulatory consultant** |
| **ICON**<br>**2 Grand Central Tower**<br>**140 East 45th Street, Suite 12A**<br>**New York, NY 10017** | **clinical study services** |
| **InfoPartners**<br>**985 Industrial Road, #202**<br>**San Carlos, CA 94070** | **Corporate/IT Services Agreement** |

Sheet __1__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

In re   **Cogentus Pharmaceuticals, Inc.**                        ,     Case No. _____

                                                  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **InSciTech**<br>**1215 Morris Avenue**<br>**Dorval, Quebec, H9S 1Z8, Canada,** | **clinical/regulatory consultant** |
| **Iris Latorre, PharmD.**<br>**21 Sullivan Drive**<br>**Basking Ridge, NJ 07920** | **clinical consultant** |
| **Iron Mountain Live Vault**<br>**PO Box 27128**<br>**New York, NY 10087-7128** | **Corporate/IT Services Agreement** |
| **James Donohue**<br>**UNC School of Medicine**<br>**Bioinfomatics Bldg., CB# 7020**<br>**130 Manson Farm Rd, Rm 4124**<br>**Chapel Hill, NC 27599** | **clinical/regulatory consultant** |
| **KABS Pharmaceutical Services**<br>**4500 de Tonnancour St**<br>**Hubert, Quebec J3Y 9G2 Canada** | **Non-clinical Services Agreement** |
| **Konica Minolta Business Solutions**<br>**Dept LA22988**<br>**Pasadena, CA 91185-2988** | **Corporate Lease** |
| **Leslie Frankel**<br>**1886 Edmond Road**<br>**Abington, PA 19001** | **clinical/regulatory consulting** |
| **Lewis Rubin**<br>**6404 Avenida Wilfredo**<br>**La Jolla, CA 92037** | **clinical/regulatory consultant** |
| **Lisa Jennings**<br>**5039 Cole Road**<br>**Memphis, TN 38117** | **clinical consultant** |
| **Live Meeting**<br>**One Microsoft Way**<br>**Redmond, WA 98052** | **Corporate/IT Services Agreement** |
| **Marc Cohen**<br>**32 Westmount Drive**<br>**Livingston, NJ 07039** | **clinical consultant** |
| **Mariann Caprino**<br>**261 School House Road**<br>**Hudson, NY 12534** | **marketing consultant** |
| **Marianne C. Mann, MD PC**<br>**7105 Bifer Lane**<br>**Highland, MD 20777** | **clinical/regulatory consultant** |

Sheet  **2**  of  **5**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re  **Cogentus Pharmaceuticals, Inc.**                                           ,     Case No. _____

                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Martin Ogeltree**<br>**646 S. State Street**<br>**Newtown, PA 18940** | **clinical/regulatory consultant** |
| **Med-Script Association**<br>**176 Chemlin St-Henri, Ste-Marthe**<br>**Quebec, Canada**<br>**JOP 1W0** | **regulatory consultant** |
| **Michaels & associates**<br>**32108 Alvarado Blvd, #200**<br>**Union City, CA 94587** | **quality compliance consultant** |
| **Murli Krishna**<br>**D-98, Ranjangaon M.I.D.C., Tal-Shirur**<br>**Distpune, Pin-412 209 India** | **non-clinical Services Agreement** |
| **Myrna Dolovich**<br>**391 Queen St. South**<br>**Hamilton ON**<br>**L8P 3TG, Canada** | **clinical/regulatory consultant** |
| **Osbakken Consulting**<br>**29 W. Walnut Lane**<br>**Philadelphia, PA 19144** | **regulatory consultant** |
| **Parexel**<br>**200 West Street**<br>**Waltham, MA 02451** | **Clinical Study Servies** |
| **Patheon, Inc.**<br>**7070 Mississauga Road, #350**<br>**Mississauga, Ontario, Canada** | **Non-clinical services agreement** |
| **Paul Gurbel**<br>**Platelet and Thrombosis Research LLC**<br>**Sainao Hospital**<br>**2401 W. Belvedere Avenue**<br>**Baltimore, MD 21215** | **clinical/regulatory consultant** |
| **PharmaDelivery Solutions**<br>**Dalheim, Low Road, Grimston**<br>**Norfolk, PE 321AF**<br>**UK** | **product development/regulatory consultant** |
| **QuadraMed**<br>**MG House, Rumbolds Hill**<br>**Midhurst, West Sussex, GU29 9BY UK** | **Non-clinical services agreement** |
| **Quality Assurance Systems, Inc.**<br>**30848 Villa Toscana**<br>**Bonsall, CA 92003-6216** | **clinical consultant** |

Sheet __3__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re __Cogentus Pharmaceuticals, Inc._____,   Case No. _____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Quintilles, Inc**<br>**PO Box 601070**<br>**Charlotte, NC 28260-1070** | **Clinical Services Agreement** |
| **Raymond Lipicky**<br>**15201 Apricot Lane**<br>**North Patomac, MD 20878** | **clinical/regulatory consultant** |
| **Regulatory Professionals, Inc**<br>**730 Kirkwall Place**<br>**Milpitas, CA 95035** | **Non-clinical services agreement** |
| **Richard Becker**<br>**2400 Pratt Street**<br>**Durham, NC 27715** | **analysis preclinical data** |
| **Robert R. Fenichel**<br>**4121 Burkehill Road**<br>**West Vancouver, BC V7V 3M3**<br>**Canada** | **clinical/regulatory consulting** |
| **Steven Steinhubl**<br>**1413 Brianna Ct.**<br>**Lexington, KY 40513** | **clinical/regulatory consultant** |
| **Susan Schrader**<br>**8 Ridge Court**<br>**Woodside, CA 94062** | **clinical consultant** |
| **Synergee LLC**<br>**306 Upper Mountain Ave**<br>**Upper Montclair, NJ 07043** | **project management consultant** |
| **Telepacific Communications**<br>**PO Box 526015**<br>**Sacramento, CA 95852-6015** | **Corporate/IT Services Agreement** |
| **Teresa De Marco**<br>**Division of Cardiology**<br>**505 Parnassus Avenue, 1180M**<br>**San Francisco, CA 94143** | **clinical consultant** |
| **The Weinberg Group, Inc.**<br>**1220 19th Street, NW, Suite 301**<br>**Washington, DC 20036** | **regulatory consultant** |
| **Thomas H. Rossing**<br>**95 Rowell Drive**<br>**Lyons, CO 80540** | **regulatory consultant** |
| **Thomas Schnitzer**<br>**910 S. Laflin Street**<br>**Chicago, IL 60607** | **clinical consultant** |

Sheet __4__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re __Cogentus Pharmaceuticals, Inc._____,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Woodfield Clinical Consulting LLC**<br>**5481 South Acacia Creek Drive**<br>**Green Valley, AZ 85614-8098** | **clinical consultant** |
| **Workspace Innovations**<br>**240 El Camino Real**<br>**Belmont, CA 94002** | **Corporate Miscellaneous** |

Sheet __5__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Cogentus Pharmaceuticals, Inc.**         ,    Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Northern District of California

In re __Cogentus Pharmaceuticals, Inc.__
Debtor(s)

Case No. _____
Chapter __7__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Senior Vice President & Secretary of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___36___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __January 16, 2009__

Signature __/s/ Margaret A. Horn__
**Margaret A. Horn**
**Senior Vice President & Secretary**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re    **Cogentus Pharmaceuticals, Inc.**          Case No. _____

                                Debtor(s)       Chapter    **7** _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None    ■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

      AMOUNT              SOURCE

**2. Income other than from employment or operation of business**

None    ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

      AMOUNT              SOURCE
      **$493,250.03**       **12/31/2008 Silicon Valley Bank-CD & Securites Account**
                                  **Employee Promissory Notes**

| AMOUNT | SOURCE |
|---|---|
| $549,063.81 | 2007 Silicon Valley Bank - CD & Securities Account |
| | Employee Promissory Notes |

### 3. Payments to creditors

**None** ■ *Complete a. or b., as appropriate, and c.*

    a.    *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ☐    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Catalent Pharma Solutions**<br>PO Box 828771<br>Philadelphia, PA 19182-8771 | **10/16/08** | **$51,193.46** | **$205,164.56** |
| **Catalent Pharma Solutions**<br>PO Box 828771<br>Philadelphia, PA 19182-8771 | 10/23/08 | $208,417.53 | $205,164.56 |
| **Catalent Pharma Solutions**<br>PO Box 828771<br>Philadelphia, PA 19182-8771 | 10/28/08 | $17,068.33 | $205,164.56 |
| **Catalent Pharma Solutions**<br>PO Box 828771<br>Philadelphia, PA 19182-8771 | 10/30/08 | $34,998.37 | $205,164.56 |
| **Catalent Pharma Solutions**<br>PO Box 828771<br>Philadelphia, PA 19182-8771 | 11/5/08 | $2,154.63 | $205,164.56 |
| **Catalent Pharma Solutions**<br>PO Box 828771<br>Philadelphia, PA 19182-8771 | 11/7/08 | $676.20 | $205,164.56 |
| **CF02 Palo Alto, L.P.**<br>PO Box 201939<br>Dept. 93929<br>Dallas, TX 75320-1939 | 11/7/08 | $88,825.58 | $52,570.39 |
| **CF02 Palo Alto, L.P.**<br>PO Box 201939<br>Dept. 93929<br>Dallas, TX 75320-1939 | 11/13/08 | $18,238.22 | $52,570.39 |
| **Corealis Pharma**<br>141, Avenue President Kennedy, #SB6520<br>Montreal, Quebec H2X 3Y7 Canada | 10/28/08 | $27,840.95 | $2,015.00 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Corealis Pharma**<br>**141, Avenue President Kennedy, #SB6520**<br>**Montreal, Quebec**<br>**H2X 3YZ Canada**<br>**Monteal, Quebec** | **11/13/08** | **$3,000.00** | **$2,015.00** |
| **Donald J. Hayden, Jr.**<br>**9 Larkspur Lane**<br>**Newtown, PA 18940** | **10/16/08** | **$5,000.00** | **$5,000.00** |
| **Donald J. Hayden, Jr.**<br>**9 Larkspur Lane**<br>**Newton, PA 18940** | **11/7/08** | **$5,000.00** | **$5,000.00** |
| **FacilliCorp**<br>**1631 Willow Street, #10**<br>**San Jose, CA 95125** | **11/7/08** | **$9,820.75** | **$13,867.79** |
| **InfoPartners**<br>**985 Industrial Road, #2002**<br>**San Carlos, CA 94070** | **10/16/08** | **$371.25** | **$4,305.00** |
| **InfoPartners**<br>**985 Industrial Road, #2002**<br>**San Carlos, CA 94070** | **11/7/08** | **$4,387.50** | **$4,305.00** |
| **InfoPartners**<br>**985 Industrial Road, #2002**<br>**San Carlos, CA 94070** | **11/13/08** | **$1,900.56** | **$4,305.00** |
| **InfoPartners**<br>**985 Industrial Road, #2002**<br>**San Carlos, CA 94070** | **12/11/08** | **$12,810.56** | **$4,305.00** |
| **InSciTech**<br>**1215 Morris Avenue**<br>**Dorval, Quebec** | **10/30/08** | **$9,000.00** | **$30,562.50** |
| **InSciTech**<br>**1215 Morris Avenue**<br>**Dorval, Quebec, H9S 1Z8, Canada,** | **11/7/08** | **$3,000.00** | **$30,562.50** |
| **InSciTech**<br>**1215 Morris Avenue**<br>**Dorval, Quebec, H9S 1Z8, Canada,** | **11/13/08** | **$23,462.77** | **$30,562.50** |
| **Iris Latorre, PharmD.**<br>**21 Sullivan Drive**<br>**Basking Ridge, NJ 07920** | **10/23/08** | **$6,300.00** | **$5,925.00** |
| **Iris Latorre, PharmD.**<br>**21 Sullivan Drive**<br>**Basking Ridge, NJ 07920** | **11/13/08** | **$7,650.00** | **$5,925.00** |
| **Jones Day**<br>**222 East 41st Street**<br>**New York, NY 10017-6702** | **11/7/08** | **$19,040.50** | **$86,627.80** |
| **Michaels & Associates**<br>**32108 Alvarado Blvd, #200**<br>**Union City, CA 94587** | **10/30/08** | **$41,810.89** | **$88,841.76** |
| **O'Melveny & Myers, LLP**<br>**2765 Sand Hill Road**<br>**Menlo Park, CA 94025** | **11/13/08** | **$4,869.50** | **$74,749.19** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Parexel<br>5239 Paysphere Circle<br>Chicago, IL 60674 | 10/16/08 | $4,160,736.83 | $13,893,528.71 |
| Parexel<br>5239 Paysphere Circle<br>Chicago, IL 60674 | 12/10/08 | $1,500,000.00 | $13,893,528.71 |
| Pinnacle Ventures<br>130 Lytton Avenue, #220<br>Palo Alto, CA 94301 | 11/3/08 | $299,131.78 | $133,333.00 |
| Quintilles, Inc<br>PO Box 601070<br>Charlotte, NC 28260-1070 | 11/13/08 | $12,394.41 | $31,705.62 |
| Regulatory Professionals, Inc<br>730 Kirkwall Place<br>Milpitas, CA 95035 | 10/16/08 | $28,627.12 | $42,111.86 |
| Susan Schrader<br>8 Ridge Court<br>Redwood City, CA 94062 | 11/7/08 | $17,955.00 | $17,111.25 |
| Synergee LLC<br>306 Upper Mountain Ave<br>Upper Montclair, NJ 07043 | 11/7/08 | $26,855.04 | $43,000.00 |
| Workspace Innovations<br>240 El Camino Real<br>Belmont, CA 94002 | 11/13/08 | $43,256.46 | $1,487.50 |
| SAS Biomedic Insure<br>PIBS-CP 142 56038<br>Vannes Cedex France | 10/24/08 | $15,694.80 | $2,122.17 |
| SAS Biomedic Insure<br>PIBS-CP 142 56038<br>Vannes Cedex France | 10/28/08 | $19,153.01 | $2,122.17 |
| SAS Biomedic Insure<br>PIBS-CP 142 56038<br>Vannes Cedex France | 10/31/08 | $73,262.86 | $2,122.17 |
| SAS Biomedic Insure<br>PIBS-CP 142 56038<br>Vannes Cedex France | 11/5/08 | $2,859.25 | $2,122.17 |
| SAS Biomedic Insure<br>PIBS-CP 142 56038<br>Vannes Cedex France | 11/13/08 | $11,411.19 | $2,122.17 |
| Peninsula Communications<br>562 E. Weddell Drive<br>Suite 2<br>Sunnyvale, CA 94089 | 11/7/08 | $5,845.86 | $50.00 |
| Peninsula Communications<br>562 E. Weddell Drive<br>Suite 2<br>Sunnyvale, CA 94089 | 11/13/08 | $30,306.18 | $50.00 |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Donald J. Hayden, Jr.**<br>**9 Larkspur Lane**<br>**Newton, PA 18940**<br>   **Member, Board of Directors** | **2/7/08** | **$5,000.00** | **$5,000.00** |
| **Donald J. Hayden, Jr.**<br>**9 Larkspur Lane**<br>**Newton, PA 18940**<br>   **Member, Board of Directors** | **3/7/08** | **$5,000.00** | **$5,000.00** |
| **Donald J. Hayden, Jr.**<br>**9 Larkspur Lane**<br>**Newton, PA 18940**<br>   **Member, Board of Directors** | **4/4/08** | **$5,000.00** | **$5,000.00** |
| **Donald J. Hayden, Jr.**<br>**9 Larkspur Lane**<br>**Newton, PA 18940**<br>   **Member, Board of Directors** | **5/15/08** | **$5,000.00** | **$5,000.00** |
| **Donald J. Hayden, Jr.**<br>**9 Larkspur Lane**<br>**Newton, PA 18940**<br>   **Member, Board of Directors** | **6/18/08** | **$5,000.00** | **$5,000.00** |
| **Donald J. Hayden, Jr.**<br>**9 Larkspur Lane**<br>**Newton, PA 18940**<br>   **Member, Board of Directors** | **7/10/08** | **$5,000.00** | **$5,000.00** |
| **Donald J. Hayden, Jr.**<br>**9 Larkspur Lane**<br>**Newton, PA 18940**<br>   **Member, Board of Directors** | **8/28/08** | **$5,000.00** | **$5,000.00** |
| **Donald J. Hayden, Jr.**<br>**9 Larkspur Lane**<br>**Newton, PA 18940**<br>   **Member, Board of Directors** | **9/22/08** | **$5,000.00** | **$5,000.00** |
| **Donald J. Hayden, Jr.**<br>**9 Larkspur Lane**<br>**Newton, PA 18940**<br>   **Member, Board of Directors** | **10/16/08** | **$5,000.00** | **$5,000.00** |
| **Donald J. Hayden, Jr.**<br>**9 Larkspur Lane**<br>**Newton, PA 18940**<br>   **Member, Board of Directors** | **11/07/08** | **$5,000.00** | **$5,000.00** |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
☐   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **American Heart Association Natiional Center 7272 Greenville Ave Dallas, TX 75231** | | **1/15/08** | **Donation $500.00** |
| **East Palo Alto Kids Foundation PO Box 50542 Palo Alto, CA 94303** | | **1/15/08** | **Donation $500.00** |
| **Brigham & Women's Hospital 116 Huntington Ave, 5th Floor Boston, MA 02116** | | **10/8/08** | **Donation $500.00** |
| **John Hoskins 21 Sullivan Drive Basking Ridge, NJ 07920** | | **10/28/08** | **Reimbursement for appreciation chocolate for CG104 coordinators NA $2,377.80** |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **William C. Lewis, Esq.**<br>**510 Waverley Street**<br>**Palo Alto, CA 94301** | **12/19/08** | **$15,000.00** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **SVB Financial Group**<br>**3003 Tasman Drive**<br>**Santa Clara, CA 95054** | **Investment Securities Account 0487** | **0** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Pinnacle Ventures**<br>**130 Lytton Avenue, #220**<br>**Palo Alto, CA 94301** | **11/19/08** | **133,333.00** |
| **CF02 Palo Alto, L.P.**<br>**PO Box 201939**<br>**Dept. 93929**<br>**Dallas, TX 75320-1939** | **12/31/08** | **45,605.00** |

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Pitney Bowes**<br>**PO Box 856042**<br>**Louisville, KY 40285-6042** | **Postage Machine** | **1891 Page Mill Road, #200**<br>**Palo Alto, CA 94304** |
| **Aquaprix, Inc.**<br>**PO Box 644006**<br>**Cincinnati, OH 45264-4006** | **Drinking Water dispenser** | **1891 Page Mill Road, #200**<br>**Palo Alto, CA 94304** |
| **CIT Technology Finance Services, Inc**<br>**PO Box 100706**<br>**Pasadena, CA 91189-0706** | **Konica Minolta Copier** | **1891 Page Mill Road, #200**<br>**Palo Alto, CA 94304** |

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **435 Tasso Street, #200**<br>**Palo Alto, CA 94301-1553** | **Amplify, Inc.** | **11/8/05 - 7/2006** |
| **301 Ravenswood Avenue, #100**<br>**Menlo Park, CA 94025** | **Cogentus Pharmaceuticals, Inc** | **7/15/06-9/2008** |
| **1891 Page Mill Road, #200**<br>**Palo Alto, CA 94304** | **Cogentus Pharmaceuticals, Inc** | **9/16/08** |

**16. Spouses and Former Spouses**

None ■  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Cogentus Pharmaceuticals International** | 6433203 | **20-22 Bedford Row, London WC1R 4JS  UK** | **General Commercial Company** | **11/21/07** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                      ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Matthew Garrett 5165 Appennines Circle San Jose, CA 95138** | **11/20/06 to 9/30/08** |
| **Susana Santos 699 Coleman Avenue Menlo Park, CA 94025** | **9/24/07 to present** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **PricewaterhouseCoopers, LLp** | **PO Box 31001-0068 Pasadena, CA 91110-0068** | **2007** |
| **Ernst & Young, LLP** | **303 Almaden Blvd San Jose, CA 95110** | **2008** |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME
**Susana Santos**

ADDRESS
**699 Coleman Avenue**
**Menlo Park, CA 94025**

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS
**CFO2 Palo alto, L.P.**
**100 Waugh Street, #600**
**Houston, TX 77007**

**Parexel**
**David Skarinsky**
**9920 Pacific Heights Blvd, #500**
**San Diego, CA 92121**

**Synergee LLC**
**306 Upper Mountain Ave**
**Montclair, NJ 07043**

**Pinnacle Ventures**
**130 Lytton Avenue, #220**
**Palo Alto, CA 94301**

**Capital Advisors Group**
**Mike O'Brien, Debt Advisors Group**
**29 Crafts Street**
**Newton, MA 02458**

**Hercules Technology Growth Capital**
**W. Gustav "Gus" Johnson**
**400 Hamilton Ave, #310**
**Palo Alto, CA 94301**

**CIT Healthcare**
**Margaret Au Brown President**
**505 Fifth Avenue**
**New York, NY 10017**

**Goldman Sachs**
**Jon Symonds**
**85 Broad Street**
**New York, NY**

**Caxton Advantage Venture Partners**
**Jay Cecil**
**500 Park Avenue,**
**New York, NY 10022**

**The Keffi Group Ltd.**
**500 5th Avenue, 44th Floor**
**New York, NY 10110**

**Kearney Venture Partners**
**Richard Spalding**
**88 Kearney Street**
**San Francisco, CA 94108**

**Merrill Lynch**
**DA Gros**
**101 California Street,**
**San Francisco, CA 94111**

DATE ISSUED

NAME AND ADDRESS                                    DATE ISSUED

**Ridgeback Capital Investments, L.P.**
**430 Park Avenue, 12th Floor**
**New York, NY 10022**

**Prospect Venture Partners III, L.P.**
**435 Tasso Street, #200**
**Palo Alto, CA 94301**

**Wasatch**
**Greg Bohlen**
**150 Social Hall Avenue**
**Salt Lake City, UT 84111**

**New Enterprise Associates**
**Frank M. Torti**
**2490 Sand Hill Road**
**Menlo Park, CA 94025**

**TPG Pharma Partners**
**Ted Breck**
**345 California Street, #3300**
**San Francisco, CA 94104**

**Ridgeback Capital Investments, L.P.**
**430 Park Avenue, 12th Floor**
**New York, NY 10022**

**Capital Advisors Group**
**Mike O'Brien, Debt Advisors Group**
**29 Crafts Street**
**Newton, MA 02458**

**Lighthouse Capital**                              **issued via Capital Advisors**

**GE Capital Financial**                            **issued via Capital Advisors**
**PO Box 960061**
**Orlando, FL 32896-0061**

**Bluecrest Capital**                               **issued via Capital Advisors**

**Oxford Capital**                                  **issued via Capital Advisors**

**Bank of America**
**Chris Giannotti**

**Silicon Valley Bank**

**Apothecary Capital**

**Novo Ventures**
**Heath Lukatch**

      **20. Inventories**

None   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■   and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                       (Specify cost, market or other basis)

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Matthew Garrett 5165 Appennines Circle San Jose, CA 95138 | VP & Chief Accounting Officer | Common .10% |
| Ronald Gerber 3249 Jackson Street San Francisco, CA 94118 | CBO & CFO | |
| Mark Goldsmith 1024 Louise Street Menlo Park, CA 94025 | Chairman, CEO & President | Common 6.07% |
| Donald J. Hayden, Jr. 9 Larkspur Lane Newtown, PA 18940 | Board of Director | |
| Margaret Horn 21 Tulip Lane San Carlos, CA 94070 | SVP, Legal & Corp Dev -Gen Counsel | |
| John Jermano PO Box 2914 El Granada, CA 94018 | SVP Clinical Operations | Common .76% |
| Pablo Lapuerta 757 College Avenue Menlo Park, CA 94025 | SVP Clinical Strategy & CMO | |
| Linda McBride 19741 Scotland Drive Saratoga, CA 95070 | Vice President, Regulatory Affairs | |
| Robert Myers 1165 Harker Avenue Palo Alto, CA 94303 | Board of Director | |
| Prospect Venture Partners III, L.P. 435 Tasso Street, #200 Palo Alto, CA 94301 | Investor | Stockholder Preferred 48.53% |
| Ridgeback Capital Investments, L.P. 430 Park Avenue, 12th Floor New York, NY 10022 | Investor | Stockholder Preferred 15.17% |
| The Keffi Group Ltd. 500 5th Avenue, 44th Floor New York, NY 10110 | Investor | Stockholder Preferred 22.75% |
| Jide Zeitlin 500 5th Avenue New York, NY 10110 | Director | |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **James Tananbaum** | **Director** | |
| **435 Tasso Street, #200** | | |
| **Palo Alto, CA 94301** | | |

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Matthew Garrett** | **Vice President & Chief** | **September 30, 2008** |
| **5165 Appennines Circle** | **Accounting Officer** | |
| **San Jose, CA 95138** | | |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Matthew Garrett** **5165 Appennines Circle** **San Jose, CA 95138** **VP & Chief Accounting Officer** | **see attachment hereto** | |
| **Ronald Gerber** **3249 Jackson Street** **San Francisco, CA 94118** **CBO & CFO** | **see attachment hereto** | |
| **Mark Goldsmith** **1024 Louise Street** **Menlo Park, CA 94025** **Chairman, CEO & President** | **see attachment hereto** | |
| **Donald J. Hayden, Jr.** **9 Larkspur Lane** **Newtown, PA 18940** **Member, Board of Directors** | | |
| **Margaret Horn** **21 Tulip Lane** **San Carlos, CA 94070** **Senior VP, Legal & Corp. Dev.** | **see attachment hereto** | |
| **John Jermano** **PO Box 2914** **El Granada, CA 94018** **SVP Clinical Operations** | **see attachment hereto** | |
| **Pablo Lapuerta** **757 College Avenue** **Menlo Park, CA 94025** **SVP Clinical Strategy & CMO** | **see attachment hereto** | |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Linda McBride**<br>**19741 Scotland Drive**<br>**Saratoga, CA 95070**<br>   **VP, Regulatory Affairs** | **see attachment hereto** | |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **January 16, 2009**              Signature   **/s/ Margaret A. Horn**

                                                      **Margaret A. Horn**
                                                      **Senior Vice President & Secretary**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**Cogentus Pharmaceuticals, Inc**
**Section 5. 23: Withdrawals or distributions credited or given to insiders**

| Name | Date | Check/ Voucher No. | Salary | LTD Insurance | Accrued PTO | Bonus | Loan (including portion of loan & accrued Interest forgiven) | Business Expense Reimbursement | Stock Repurchase (Unvested portion of stock option exercised) | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Garrett, Matthew | 1/15/08 | 20009 | $ 8,333.34 | $ 21.15 | | | | | | $ 8,354.49 |
| V.P. & Chief Accounting | 1/31/08 | 050014 | $ 8,333.34 | $ 21.15 | | | | | | $ 8,354.49 |
| 5165 Appennines Circle | 1/31/08 | 050015 | | | | $ 36,826.91 | | | | $ 36,826.91 |
| San Jose, CA 95138 | 2/15/08 | 070008 | $ 8,333.34 | $ 139.87 | | | | | | $ 8,473.21 |
| | 2/29/08 | 090010 | $ 8,333.34 | $ 50.83 | | | | | | $ 8,384.17 |
| | 3/13/08 | 2386 | | | | | | $ 131.00 | | $ 131.00 |
| | 3/15/08 | 110010 | $ 8,333.34 | $ 50.83 | | | | | | $ 8,384.17 |
| | 3/31/08 | 130010 | $ 8,333.34 | $ 50.83 | | | | | | $ 8,384.17 |
| | 4/15/08 | 150010 | $ 8,333.34 | $ 50.83 | | | | | | $ 8,384.17 |
| | 4/15/08 | 2470 | | | | | | $ 460.00 | | $ 460.00 |
| | 4/30/08 | 180010 | $ 8,333.34 | $ 50.83 | | | | | | $ 8,384.17 |
| | 5/15/08 | 200010 | $ 8,333.34 | $ 50.83 | | | | | | $ 8,384.17 |
| | 5/22/08 | 2576 | | | | | | $ 975.81 | | $ 975.81 |
| | 5/31/08 | 220010 | $ 8,333.34 | $ 50.83 | | | | | | $ 8,384.17 |
| | 6/15/08 | 240011 | $ 8,333.34 | $ 50.83 | | | | | | $ 8,384.17 |
| | 6/18/08 | 2658 | | | | | | $ 101.61 | | $ 101.61 |
| | 6/26/08 | 2674 | | | | | | $ 200.00 | | $ 200.00 |
| | 6/30/08 | 260012 | $ 8,333.34 | $ 50.83 | | | | | | $ 8,384.17 |
| | 7/15/08 | 280011 | $ 8,333.34 | $ 50.83 | | | | | | $ 8,384.17 |
| | 7/31/08 | 310010 | $ 8,333.34 | $ 50.83 | | | | | | $ 8,384.17 |
| | 8/15/08 | 330009 | $ 8,333.34 | $ 50.83 | | | | | | $ 8,384.17 |
| | 8/31/08 | 350010 | $ 8,333.34 | $ 50.83 | | | | | | $ 8,384.17 |
| | 9/15/08 | 370010 | $ 8,333.34 | $ 50.83 | | | | | | $ 8,384.17 |
| | 9/30/08 | 390008 | $ 8,333.34 | $ 50.83 | | | | | | $ 8,384.17 |
| | 9/30/08 | 2901 | | | $ 11,153.40 | | | | | $ 11,153.40 |
| | 10/13/08 | 2933 | | | | | | | $ 1,895.90 | $ 1,895.90 |
| | | | $ 150,000.12 | $ 944.62 | $ 11,153.40 | $ 36,826.91 | $ - | $ 1,868.42 | $ 1,895.90 | $ 202,689.37 |
| | | | | | | | | | | |
| Gerber, Ronald | 1/15/08 | 020008 | $ 13,125.00 | $ 50.83 | $ - | | | | | $ 13,175.83 |
| CBO & CFO | 1/18/08 | 2220 | | | | | | $ 269.12 | | $ 269.12 |
| 3249 Jackson Street | 1/31/08 | 050012 | $ 13,125.00 | $ 50.83 | | | | | | $ 13,175.83 |
| San Francisco, CA 9411 | 1/31/08 | 050013 | | | | $ 69,720.57 | | | | $ 69,720.57 |
| | 2/15/08 | 070007 | $ 13,125.00 | $ 50.83 | | | | | | $ 13,175.83 |
| | 2/29/08 | 090009 | $ 13,125.00 | $ 50.83 | | | | | | $ 13,175.83 |
| | 3/15/08 | 110009 | $ 13,125.00 | $ 50.83 | | | | | | $ 13,175.83 |
| | 3/31/08 | 130009 | $ 13,125.00 | $ 50.83 | | | | | | $ 13,175.83 |
| | 4/4/08 | 2449 | | | | | | $ 2,301.69 | | $ 2,301.69 |
| | 4/15/08 | 150009 | $ 13,125.00 | $ 50.83 | | | | | | $ 13,175.83 |
| | 4/30/08 | 180009 | $ 13,125.00 | $ 50.83 | | | | | | $ 13,175.83 |
| | 5/8/08 | 2530 | | | | | | $ 10,084.75 | | $ 10,084.75 |
| | 5/15/08 | 200009 | $ 13,125.00 | $ 50.83 | | | | | | $ 13,175.83 |
| | 5/15/08 | 2558 | | | | | | $ 2,011.44 | | $ 2,011.44 |
| | 5/22/08 | 2584 | | | | | | $ 829.30 | | $ 829.30 |
| | 5/31/08 | 220009 | $ 13,125.00 | $ 50.83 | | | | | | $ 13,175.83 |
| | 6/5/08 | 2618 | | | | | | $ 3,052.77 | | $ 3,052.77 |
| | 6/15/08 | 240010 | $ 13,125.00 | $ 50.83 | | | | | | $ 13,175.83 |
| | 6/18/08 | 2662 | | | | | | $ 11,622.13 | | $ 11,622.13 |
| | 6/30/08 | 260011 | $ 13,125.00 | $ 50.83 | | | | | | $ 13,175.83 |

| Name / Address | Date | Ref# | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | 7/15/08 | 280010 | $ 13,125.00 | $ 50.83 | | | | | | $ 13,175.83 |
| | 7/29/08 | 2721 | | | | | | $ 56,389.09 | | $ 56,389.09 |
| | 7/31/08 | 310009 | $ 13,125.00 | $ 50.83 | | | | | | $ 13,175.83 |
| | 8/15/08 | 330008 | $ 13,125.00 | $ 50.83 | | | | | | $ 13,175.83 |
| | 8/21/08 | 2813 | | | | | | $ 2,199.83 | | $ 2,199.83 |
| | 8/31/08 | 350009 | $ 13,125.00 | $ 50.83 | | | | | | $ 13,175.83 |
| | 9/15/08 | 370009 | $ 13,125.00 | $ 50.83 | | | | | | $ 13,175.83 |
| | 9/22/08 | 2881 | | | | | | $ 25,708.30 | | $ 25,708.30 |
| | 9/30/08 | 390007 | $ 13,125.00 | $ 50.83 | | | | | | $ 13,175.83 |
| | 10/10/08 | 2929 | | | | | | $ 5,943.52 | | $ 5,943.52 |
| | 10/15/08 | 410010 | $ 13,125.00 | $ 50.83 | | | | | | $ 13,175.83 |
| | 10/16/08 | 2950 | | | | | | $ 12,153.57 | | $ 12,153.57 |
| | 10/30/08 | 2968 | | | | | | $ 4,677.82 | | $ 4,677.82 |
| | 10/31/08 | 440010 | $ 13,125.00 | $ 50.83 | | | | | | $ 13,175.83 |
| | 11/15/08 | 460010 | $ 13,125.00 | $ 50.83 | | | | | | $ 13,175.83 |
| | 11/30/08 | 480010 | $ 13,125.00 | $ 50.83 | | | | | | $ 13,175.83 |
| | 12/15/08 | 500010 | $ 13,125.00 | $ 50.83 | | | | | | $ 13,175.83 |
| | 12/15/08 | | | | | | $ 39,318.75 | | | $ 39,318.75 |
| | 12/31/08 | 510010 | $ 13,125.00 | $ 50.83 | | | | | | $ 13,175.83 |
| | 1/6/09 | 010010 | $ 4,846.08 | | $ 12,418.08 | | | | | $ 17,264.16 |
| | 1/14/09 | 030010 | $ 3,634.56 | | | | | | | $ 3,634.56 |
| | | | $ 323,480.64 | $ 1,219.92 | $ 12,418.08 | $ 69,720.57 | $ 39,318.75 | $ 137,243.33 | $ - | $ 583,401.29 |
| | | | | | | | | | | |
| **Goldsmith, Mark** | 1/11/08 | 2177 | | | | | | $ 4,002.01 | | $ 4,002.01 |
| **Chairman, CEO & Presi** | 1/15/08 | 050008 | $ 17,708.33 | $ 75.00 | | | | | | $ 17,783.33 |
| **1024 Louise Street** | 1/18/08 | 2215 | | | | | | $ 261.38 | | $ 261.38 |
| **Menlo Park, CA 94025** | 1/31/08 | 050008 | $ 17,708.33 | $ 75.00 | | | | | | $ 17,783.33 |
| | 1/31/08 | 050009 | | | $ 143,797.38 | | | | | $ 143,797.38 |
| | 2/15/08 | 070005 | $ 17,708.33 | $ 75.00 | | | | | | $ 17,783.33 |
| | 2/28/08 | 2322 | | | | | | $ 959.39 | | $ 959.39 |
| | 2/29/08 | 090007 | $ 17,708.33 | $ 75.00 | | | | | | $ 17,783.33 |
| | 3/15/08 | 110007 | $ 17,708.33 | $ 75.00 | | | | | | $ 17,783.33 |
| | 3/20/08 | 2405 | | | | | | $ 952.49 | | $ 952.49 |
| | 3/31/08 | 130007 | $ 17,708.33 | $ 75.00 | | | | | | $ 17,783.33 |
| | 4/15/08 | 150007 | $ 17,708.33 | $ 75.00 | | | | | | $ 17,783.33 |
| | 4/30/08 | 180007 | $ 17,708.33 | $ 75.00 | | | | | | $ 17,783.33 |
| | 5/15/08 | 200007 | $ 17,708.33 | $ 75.00 | | | | | | $ 17,783.33 |
| | 5/15/08 | 2550 | | | | | | $ 181.49 | | $ 181.49 |
| | 5/31/08 | 220007 | $ 17,708.33 | $ 75.00 | | | | | | $ 17,783.33 |
| | 6/15/08 | 240008 | $ 17,708.33 | $ 75.00 | | | | | | $ 17,783.33 |
| | 6/30/08 | 260008 | $ 17,708.33 | $ 75.00 | | | | | | $ 17,783.33 |
| | 7/15/08 | 280008 | $ 17,708.33 | $ 75.00 | | | | | | $ 17,783.33 |
| | 7/29/08 | 2720 | | | | | | $ 340.01 | | $ 340.01 |
| | 7/31/08 | 310007 | $ 17,708.33 | $ 75.00 | | | | | | $ 17,783.33 |
| | 8/15/08 | 330006 | $ 17,708.33 | $ 75.00 | | | | | | $ 17,783.33 |
| | 8/31/08 | 350006 | $ 17,708.33 | $ 75.00 | | | | | | $ 17,783.33 |
| | 9/15/08 | 370007 | $ 17,708.33 | $ 75.00 | | | | | | $ 17,783.33 |
| | 9/30/08 | 390005 | $ 17,708.33 | $ 75.00 | | | | | | $ 17,783.33 |
| | 10/15/08 | 410008 | $ 17,708.33 | $ 75.00 | | | | | | $ 17,783.33 |
| | 10/23/08 | 2856 | | | | | | $ 168.44 | | $ 168.44 |
| | 10/31/08 | 440008 | $ 17,708.33 | $ 75.00 | | | | | | $ 17,783.33 |
| | 11/15/08 | 460008 | $ 17,708.33 | $ 75.00 | | | | | | $ 17,783.33 |
| | 11/26/08 | 3036 | | | | | | $ 355.92 | | $ 355.92 |
| | 11/30/08 | 480008 | $ 17,708.33 | $ 75.00 | | | | | | $ 17,783.33 |
| | 12/15/08 | 500008 | $ 17,708.33 | $ 75.00 | | | | | | $ 17,783.33 |
| | 12/31/08 | 510008 | $ 17,708.33 | $ 75.00 | | | | | | $ 17,783.33 |
| | 1/6/09 | 010008 | $ 6,538.56 | | $ 32,692.80 | | | | | $ 39,231.36 |

| | Date | Number | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1/14/09 | 030008 | $ 3,903.92 | | | | | | $ | 3,903.92 |
| | | | **$ 435,442.40** | **$ 1,800.00** | **$ 32,692.80** | **$ 143,797.38** | **$ -** | **$ 7,221.13** | **$ -** | **$ 620,953.71** |
| **Horn, Margaret** | 1/11/08 | 2175 | | | | | | $ 3,775.66 | $ | 3,775.66 |
| **SVP, Legal & Corp Dev** | 1/15/08 | 020011 | $ 13,125.00 | $ 51.00 | | | | | $ | 13,176.00 |
| **21 Tulip Lane** | 1/18/08 | 2214 | | | | | | $ 83.25 | $ | 83.25 |
| **San Carlos, CA 94070** | 1/31/08 | 050018 | $ 13,125.00 | $ 51.00 | | | | | $ | 13,176.00 |
| | 1/31/08 | 050019 | | | | $ 34,011.51 | | | $ | 34,011.51 |
| | 1/31/08 | 2247 | | | | | | $ 138.50 | $ | 138.50 |
| | 2/15/08 | 070010 | $ 13,125.00 | $ 51.00 | | | | | $ | 13,176.00 |
| | 2/28/08 | 2321 | | | | | | $ 176.00 | $ | 176.00 |
| | 2/29/08 | 090012 | $ 13,125.00 | $ 51.00 | | | | | $ | 13,176.00 |
| | 3/15/08 | 110012 | $ 13,125.00 | $ 85.00 | | | | | $ | 13,210.00 |
| | 3/20/08 | 2404 | | | | | | $ 65.73 | $ | 65.73 |
| | 3/31/08 | 130012 | $ 13,125.00 | $ 85.00 | | | | | $ | 13,210.00 |
| | 4/4/08 | 2439 | | | | | | $ 296.30 | $ | 296.30 |
| | 4/15/08 | 150012 | $ 13,125.00 | $ 85.00 | | | | | $ | 13,210.00 |
| | 4/30/08 | 180012 | $ 13,125.00 | $ 85.00 | | | | | $ | 13,210.00 |
| | 5/1/08 | 2496 | | | | | | $ 1,509.72 | $ | 1,509.72 |
| | 5/8/08 | 2523 | | | | | | $ 46.73 | $ | 46.73 |
| | 5/15/08 | 200012 | $ 13,125.00 | $ 85.00 | | | | | $ | 13,210.00 |
| | 5/31/08 | 220012 | $ 13,125.00 | $ 85.00 | | | | | $ | 13,210.00 |
| | 6/13/08 | 2634 | | | | | | $ 5,487.14 | $ | 5,487.14 |
| | 6/15/08 | 240014 | $ 13,125.00 | $ 85.00 | | | | | $ | 13,210.00 |
| | 6/18/08 | 2657 | | | | | | $ 286.80 | $ | 286.80 |
| | 6/30/08 | 260015 | $ 13,125.00 | $ 85.00 | | | | | $ | 13,210.00 |
| | 7/10/08 | 3309 | | | | | | $ 181.58 | $ | 181.58 |
| | 7/15/08 | 280014 | $ 13,125.00 | $ 85.00 | | | | | $ | 13,210.00 |
| | 7/31/08 | 310013 | $ 13,125.00 | $ 85.00 | | | | | $ | 13,210.00 |
| | 8/15/08 | 330012 | $ 13,125.00 | $ 85.00 | | | | | $ | 13,210.00 |
| | 8/21/08 | 2810 | | | | | | $ 927.30 | $ | 927.30 |
| | 8/31/08 | 350013 | $ 13,125.00 | $ 85.00 | | | | | $ | 13,210.00 |
| | 9/15/08 | 370013 | $ 13,125.00 | $ 85.00 | | | | | $ | 13,210.00 |
| | 9/30/08 | 390011 | $ 13,125.00 | $ 85.00 | | | | | $ | 13,210.00 |
| | 10/15/08 | 410013 | $ 13,125.00 | $ 85.00 | | | | | $ | 13,210.00 |
| | 10/16/08 | 2943 | | | | | | $ 3,869.98 | $ | 3,869.98 |
| | 10/30/08 | 2964 | | | | | | $ 2,501.00 | $ | 2,501.00 |
| | 10/31/08 | 440013 | $ 13,125.00 | $ 85.00 | | | | | $ | 13,210.00 |
| | 11/7/08 | 2988 | | | | | | $ 513.45 | $ | 513.45 |
| | 11/15/08 | 460013 | $ 13,125.00 | $ 85.00 | | | | | $ | 13,210.00 |
| | 11/30/08 | 480013 | $ 13,125.00 | $ 85.00 | | | | | $ | 13,210.00 |
| | 12/5/08 | 3045 | | | | | | $ 44.98 | $ | 44.98 |
| | 12/15/08 | 500013 | $ 13,125.00 | $ 85.00 | | | | | $ | 13,210.00 |
| | 12/19/08 | 3060 | | | | | | $ 128.00 | $ | 128.00 |
| | 12/31/08 | 510013 | $ 13,125.00 | $ 85.00 | | | | | $ | 13,210.00 |
| | 1/6/09 | 010013 | $ 4,846.08 | | $ 1,821.82 | | | | $ | 6,667.90 |
| | 1/14/09 | 030013 | $ 3,634.56 | | | | | | $ | 3,634.56 |
| | | | **$ 323,480.64** | **$ 1,904.00** | **$ 1,821.82** | **$ 34,011.51** | **$ -** | **$ 20,032.12** | **$ -** | **$ 381,250.09** |
| **Jermano, John** | 1/15/08 | 020002 | $ 11,041.67 | $ 75.00 | $ - | | | | $ | 11,116.67 |
| **SVP Clinical Operations** | 1/31/08 | 050003 | $ 11,041.67 | $ 75.00 | | | | | $ | 11,116.67 |
| **P.O. Box 2914** | 1/31/08 | 050004 | | | | $ 77,644.58 | | | $ | 77,644.58 |
| **El Granada, CA 94018** | 2/15/08 | 070002 | $ 11,041.67 | $ 75.00 | | | | | $ | 11,116.67 |
| | 2/29/08 | 090004 | $ 11,041.67 | $ 75.00 | | | | | $ | 11,116.67 |
| | 3/15/08 | 110004 | $ 11,041.67 | $ 75.00 | | | | | $ | 11,116.67 |
| | 3/31/08 | 130004 | $ 11,041.67 | $ 75.00 | | | | | $ | 11,116.67 |
| | 4/15/08 | 150004 | $ 11,041.67 | $ 75.00 | | | | | $ | 11,116.67 |
| | 4/15/08 | 2464 | | | | | | $ 6,642.77 | $ | 6,642.77 |

| | Date | Number | $ | $ | $ | $ | $ | $ | $ | $ |
|---|---|---|---|---|---|---|---|---|---|---|
| | 4/30/08 | 180004 | 11,041.67 | 75.00 | | | | | | 11,116.67 |
| | 5/15/08 | 200004 | 11,041.67 | 75.00 | | | | | | 11,116.67 |
| | 5/31/08 | 220004 | 11,041.67 | 75.00 | | | | | | 11,116.67 |
| | 6/15/08 | 240004 | 11,041.67 | 75.00 | | | | | | 11,116.67 |
| | 6/30/08 | 260004 | 11,041.67 | 75.00 | | | | | | 11,116.67 |
| | 7/15/08 | 280004 | 11,041.67 | 75.00 | | | | | | 11,116.67 |
| | 7/31/08 | 310003 | 11,041.67 | 75.00 | | | | | | 11,116.67 |
| | 8/15/08 | 330003 | 11,041.67 | 75.00 | | | | | | 11,116.67 |
| | 8/31/08 | 350004 | 11,041.67 | 75.00 | | | | | | 11,116.67 |
| | 9/15/08 | 370004 | 11,041.67 | 75.00 | | | | | | 11,116.67 |
| | 9/16/08 | 2860 | | | | | | 4,652.78 | | 4,652.78 |
| | 9/30/08 | 87011321 | 11,041.67 | 75.00 | | | | | | 11,116.67 |
| | 10/15/08 | 410004 | 11,041.67 | 75.00 | | | | | | 11,116.67 |
| | 10/31/08 | 440004 | 11,041.67 | 75.00 | | | | | | 11,116.67 |
| | 11/15/08 | 460004 | 11,041.67 | 75.00 | | | | | | 11,116.67 |
| | 11/30/08 | 480004 | 11,041.67 | 75.00 | | | | | | 11,116.67 |
| | 12/15/08 | 500004 | 11,041.67 | 75.00 | | | | | | 11,116.67 |
| | 12/31/08 | 510004 | 11,041.67 | 75.00 | | | | | | 11,116.67 |
| | 1/6/09 | 010004 | 4,076.80 | | 13,614.84 | | | | | 17,691.64 |
| | 1/14/09 | 030004 | 3,057.60 | | | | | | | 3,057.60 |
| | | | **$ 272,134.48** | **$ 1,800.00** | **$ 13,614.84** | **$ 77,644.58** | **$ -** | **$ 11,295.55** | **$ -** | **$ 376,489.45** |
| **Lapuerta, Pablo** | 1/11/08 | 2184 | | | | | | 632.10 | | 632.10 |
| **SVP Clinical Strategy &** | 1/15/08 | 020004 | 12,500.00 | 50.83 | | | | | | 12,550.83 |
| **757 College Avenue** | 1/18/08 | 2217 | | | | | | 84.00 | | 84.00 |
| **Menlo Park, CA 94025** | 1/25/08 | 2232 | | | | | | 169.95 | | 169.95 |
| | 1/31/08 | 050006 | 12,500.00 | 50.83 | | 42,584.64 | | | | 55,135.47 |
| | 1/31/08 | 050007 | | | | | | | | - |
| | 2/15/08 | 070004 | 12,500.00 | 50.83 | | | | | | 12,550.83 |
| | 2/28/08 | 2327 | | | | | | 36,407.65 | | 36,407.65 |
| | 2/29/08 | 090006 | 12,500.00 | 50.83 | | | | | | 12,550.83 |
| | 3/13/08 | 2389 | | | | | | 25.00 | | 25.00 |
| | 3/15/08 | 110006 | 12,500.00 | 50.83 | | | | | | 12,550.83 |
| | 3/20/08 | 2408 | | | | | | 613.21 | | 613.21 |
| | 3/31/08 | 130006 | 12,500.00 | 50.83 | | | | | | 12,550.83 |
| | 4/4/08 | 2443 | | | | | | 2,105.96 | | 2,105.96 |
| | 4/15/08 | 2476 | | | | | | 1,754.49 | | 1,754.49 |
| | 4/15/08 | 150006 | 12,500.00 | 50.83 | | | | | | 12,550.83 |
| | 4/30/08 | 180006 | 12,500.00 | 50.83 | | | | | | 12,550.83 |
| | 5/8/08 | 2528 | | | | | | 3,993.06 | | 3,993.06 |
| | 5/15/08 | 2553 | | | | | | 8,198.12 | | 8,198.12 |
| | 5/15/08 | 200006 | 12,500.00 | 50.83 | | | | | | 12,550.83 |
| | 5/31/08 | 220006 | 12,500.00 | 50.83 | | | | | | 12,550.83 |
| | 6/5/08 | 2613 | | | | | | 3,048.18 | | 3,048.18 |
| | 6/15/08 | 240007 | 12,500.00 | 75.00 | | | | | | 12,575.00 |
| | 6/26/08 | 2677 | | | | | | 1,551.66 | | 1,551.66 |
| | 6/30/08 | 260007 | 12,500.00 | 75.00 | | | | | | 12,575.00 |
| | 7/10/08 | 3313 | | | | | | 537.95 | | 537.95 |
| | 7/15/08 | 280007 | 12,500.00 | 75.00 | | | | | | 12,575.00 |
| | 7/31/08 | 310006 | 12,500.00 | 75.00 | | | | | | 12,575.00 |
| | 8/7/08 | 2781 | | | | | | 660.00 | | 660.00 |
| | 8/15/08 | 330005 | 12,500.00 | 75.00 | | | | | | 12,575.00 |
| | 8/31/08 | 350006 | 12,500.00 | 75.00 | | | | | | 12,575.00 |
| | 9/4/08 | 2848 | | | | | | 2,733.38 | | 2,733.38 |
| | 9/15/08 | 370006 | 12,500.00 | 75.00 | | | | | | 12,575.00 |
| | 9/30/08 | 390004 | 12,500.00 | 75.00 | | | | | | 12,575.00 |
| | 10/7/08 | 2917 | | | | | | 405.43 | | 405.43 |
| | 10/15/08 | 410007 | 12,500.00 | 75.00 | | | | | | 12,575.00 |
| | 10/23/08 | 2958 | | | | | | 1,422.92 | | 1,422.92 |

| Date | Check# | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|
| 10/31/08 | 440007 | $ 12,500.00 | $ 75.00 | | | | | | $ 12,575.00 |
| 11/7/08 | 2992 | | | | | | $ 1,059.39 | | $ 1,059.39 |
| 11/15/08 | 460007 | $ 12,500.00 | $ 75.00 | | | | | | $ 12,575.00 |
| 11/21/08 | 3032 | | | | | | $ 1,171.82 | | $ 1,171.82 |
| 11/30/08 | 480007 | $ 12,500.00 | $ 75.00 | | | | | | $ 12,575.00 |
| 12/15/08 | 500007 | $ 12,500.00 | $ 75.00 | | | | | | $ 12,575.00 |
| 12/15/08 | | | | | | $ 78,727.50 | | | $ 78,727.50 |
| 12/31/08 | 510007 | $ 12,500.00 | $ 75.00 | | | | | | $ 12,575.00 |
| 1/6/09 | 010007 | $ 4,615.36 | | $ 7,932.65 | | | | | $ 12,548.01 |
| 1/14/09 | 030007 | $ 3,461.52 | | | | | | | $ 3,461.52 |
| | | **$ 308,076.88** | **$ 1,558.30** | **$ 7,932.65** | **$ 42,584.64** | **$ 78,727.50** | **$ 66,574.27** | **$ -** | **$ 505,454.24** |

**McBride, Linda**
**Vice President, Regulat**
19741 Scotland Drive
Saratoga, CA 95070

| Date | Check# | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|
| 3/12/08 | 2385 | | | | | | $ 53.47 | | $ 53.47 |
| 4/15/08 | 2469 | | | | | | $ 335.73 | | $ 335.73 |
| 4/30/08 | 85598328 | $ 2,769.23 | | | | | | | $ 2,769.23 |
| 5/8/08 | 2522 | | | | | | $ 506.02 | | $ 506.02 |
| 5/15/08 | 85734790 | 10,000.00 | $ - | | | | | | $ 10,000.00 |
| 5/22/08 | 2573 | | | | | | $ 5,989.31 | | $ 5,989.31 |
| 5/31/08 | 85877543 | 10,000.00 | $ - | | | | | | $ 10,000.00 |
| 6/13/08 | 2633 | | | | | $ 150,000.00 | | | $ 150,000.00 |
| 6/15/08 | 240005 | 10,000.00 | $ - | | | | | | $ 10,000.00 |
| 6/26/08 | 2673 | | | | | | $ 3,196.78 | | $ 3,196.78 |
| 6/30/08 | 260005 | 10,000.00 | $ 220.00 | | | | | | $ 10,220.00 |
| 7/10/08 | 3308 | | | | | | $ 4,777.10 | | $ 4,777.10 |
| 7/15/08 | 280005 | 10,000.00 | $ 55.00 | | | | | | $ 10,055.00 |
| 7/29/08 | 2719 | | | | | | $ 652.06 | | $ 652.06 |
| 7/31/08 | 2758 | | | | | | $ 205.96 | | $ 205.96 |
| 7/31/08 | 310004 | 10,000.00 | $ 55.00 | | | | | | $ 10,055.00 |
| 8/15/08 | 330004 | 10,000.00 | $ 55.00 | | | | | | $ 10,055.00 |
| 8/31/08 | 350005 | 10,000.00 | $ 55.00 | | | | | | $ 10,055.00 |
| 9/4/08 | 2843 | | | | | | $ 39,725.86 | | $ 39,725.86 |
| 9/15/08 | 370005 | 10,000.00 | $ 55.00 | | | | | | $ 10,055.00 |
| 9/30/08 | 87011322 | 10,000.00 | $ 55.00 | | | | | | $ 10,055.00 |
| 10/15/08 | 410005 | 10,000.00 | $ 55.00 | | | | | | $ 10,055.00 |
| 10/23/08 | 2955 | | | | | | $ 1,189.85 | | $ 1,189.85 |
| 10/31/08 | 440005 | 10,000.00 | $ 55.00 | | | | | | $ 10,055.00 |
| 11/7/08 | 2986 | | | | | | $ 1,761.62 | | $ 1,761.62 |
| 11/15/08 | 460005 | 10,000.00 | $ 55.00 | | | | | | $ 10,055.00 |
| 11/30/08 | 480005 | 10,000.00 | $ 55.00 | | | | | | $ 10,055.00 |
| 12/15/08 | 500005 | 10,000.00 | $ 55.00 | | | | | | $ 10,055.00 |
| 12/31/08 | 510005 | 10,000.00 | $ 55.00 | | | | | | $ 10,055.00 |
| 1/6/09 | 010005 | 3,692.16 | | | | | | | $ 3,692.16 |
| 1/14/09 | 030005 | 2,769.12 | | | | | | | $ 2,769.12 |
| | | **$ 169,230.51** | **$ 880.00** | **$ -** | **$ -** | **$ 150,000.00** | **$ 58,393.76** | **$ -** | **$ 378,504.27** |

# United States Bankruptcy Court
## Northern District of California

In re **Cogentus Pharmaceuticals, Inc.**

Case No. _____

Debtor(s)

Chapter **7**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case .......................................................... $ **15,000.00**
   b) Prior to the filing of this statement, debtor(s) have paid ......................... $ **15,000.00**
   c) The unpaid balance due and payable is ................................................ $ **0.00**

3. $ **299.00** of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a. Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b. Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   c. Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated: **January 16, 2009**

Respectfully submitted,

**/s/ William C. Lewis, Esq.**

Attorney for Debtor: **William C. Lewis, Esq. 77193**
**Law Offices of William C. Lewis**
**510 Waverley St.**
**Palo Alto, CA 94301**
**650-322-3300  Fax: 650-327-9720**
**wclewis@williamclewis.com**

# United States Bankruptcy Court
## Northern District of California

In re  **Cogentus Pharmaceuticals, Inc.**

_____
Debtor(s)

Case No. _____

Chapter  **7**  _____

## CREDITOR MATRIX COVER SHEET

       I declare that the attached Creditor Mailing Matrix, consisting of __16__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date:  **January 16, 2009**

**/s/ William C. Lewis, Esq.**

Signature of Attorney
**William C. Lewis, Esq. 77193**
**Law Offices of William C. Lewis**
**510 Waverley St.**
**Palo Alto, CA 94301**
**650-322-3300   Fax: 650-327-9720**

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Case: 09-50250    Doc# 1    Filed: 01/16/09    Entered: 01/16/09 14:22:43    Page 62 of 81

Aclairo Pharmaceutical Development
Group (Hilary Sheevers)
PO Box 11308
Mc Lean, VA 22102


ACM Clinical Trials Division
P.O. Box 26290
Rochester, NY 14626


ACM Clinical Trials Division
PO Box 26290
Rochester, NY 14626


ACM Clinical Trials Division
PO Box 26290
Rochester, NY 14626


Alphagraphics
1294 Anvilwood Court
Sunnyvale, CA 94089


Angel Lanas
C/La Ontina
Aibar, Navarra
Spain


Aqua Prix
PO Box 644006
Cincinnati, OH 45264-4006


ATT Mobility
PO Box 6463
Carol Stream, IL 60197

Bay Shred
PO Box 1818
Pacifica, CA 94044


Biosoteria, Inc.
958 Oak Vista Court
Lafayette, CA 94549


Bloomberg Finance LP
PO Box 30244
Hartford, CT 06150-0244


Bonnie Horner
95 Main Street, #10
Los Altos, CA 94022


Byron Cryer
627 Kessler Lake Dr.
Dallas, TX 75208


CA-Attorney General
1300 I Street
Sacramento, CA 95814


CA-Board of Equalization
Attn: Collection Unit Mic 29
PO Box 942879
Sacramento, CA 94279-0001


CA-Dept of Motor Vehicles
PO Box 932382
Sacramento, CA 94244-3820

CA-EDD
Bankruptcy Special Procedures
Group Mic 92-E
PO Box 826900
Sacramento, CA 94280-0001


CA-Franchise Tax Board
Bankruptcy Unit MS G-11
PO Box 2952
Sacramento, CA 95812-2952


Carl Zlatchin, PH.D
2456 Bush Street
San Francisco, CA 94115


Catalent Pharma Solutions
PO Box 828771
Philadelphia, PA 19182-8771


CF02 Palo Alto, L.P.
PO Box 201939
Dept. 93929
Dallas, TX 75320-1939


CH Reynolds Electric Inc.
1281 Wayne Avenue
San Jose, CA 95131


CIT Technology Finance Serv., Inc.
PO Box 550599
Jacksonville, FL 32255


Colice Pharmaceutical Consulting, LLC
808 Edelblut Drive
Silver Spring, MD 20901

Constella Group Ltd.
20 Milton Park
Abingdon,
Oxfordshire, OX14 4SH, UK


Corealis Pharma
141, Avenue President Kennedy, #SB6520
Montreal, Quebec
H2X 3YZ Canada


Corealis Pharma
141 Avenue President Kennedy,
SB6520
Monteal, Quebec


Covance
PO Box 820511
Philadelphia, PA 19182


David Stout
P.O. Box 342
Freedom, WY 83120


Deepak Bhat
Cleveland Clinical
9500 Euclid Avenue
Desk F25
Cleveland, OH 44195


Donald J. Hayden, Jr.
9 Larkspur Lane
Newton, PA 18940


Dow Pharmaceutical Sciences
File 74444
PO Box 60000
San Francisco, CA 94160

eFax Corporation
c/o 2 Global Communications, Inc.
PO Box 51873
Los Angeles, CA 90051


eMag Solutions, LLC
PO Box 64911
Baltimore, MD 21264-4911


Facillicorp
1631 Willow Street, #10
San Jose, CA 95125


Facillicorp
1631 Willow Street, #10
San Jose, CA 95125


FDA Ready Consulting
8 Decelle Court
Alameda, CA 94501


Federal Express
PO Box 7221
Pasadena, CA 91109


Geoffery Meyerson
1640 Oakwood Drive #302
Penn Valley, PA 19072


Geoffrey Meyerson
1640 Oakwood Drive, #10
Penn Valley, PA 19072

Guirag Proochikian
7812 ydal Terrace
Rockville, MD 20855


Heart Research Consulting (Kim Fox/
Karen Summers)
88 Harley Street
London, W18 7HR, UK


HellerEhrman LLP
333 Bush Street
San Francisco, CA 94101


Hogan & Hartson
8300 Greensboro Drive, #1100
Mc Lean, VA 22102


Hyman, Phelps & McNamara, P.C.
700 13th Street, N.W. #1200
Washington, DC 20005


ICON
2 Grand Central Tower
140 East 45th Street, Suite 12A
New York, NY 10017


Indo American Society of
Interventional Cardiology
185 Shore Drive South
Miami, FL 33133


InfoPartners
985 Industrial Road, #202
San Carlos, CA 94070

InSciTech
1215 Morris Avenue
Dorval, Quebec, H9S 1Z8, Canada,


Internal Revenue Service
(San Jose Cases)
Insolvency, MS 5420/5430
55 S. Market Street
San Jose, CA 95113


Iris Latorre, PharmD.
21 Sullivan Drive
Basking Ridge, NJ 07920


Iron Mountain Live Vault
PO Box 27128
New York, NY 10087-7128


James Donohue
UNC School of Medicine
Bioinfomatics Bldg., CB# 7020
130 Manson Farm Rd, Rm 4124
Chapel Hill, NC 27599


John Jermano
PO Box 2914
El Granada, CA 94018


Jones Day
222  East 41st Street
New York, NY 10017-6702


Jordan Limited
20-22 Bedford Row
London WC1R, 4JS

KABS Pharmaceutical Services
4500 de Tonnancour St
Hubert, Quebec J3Y 9G2 Canada


Konica Minolta Business Solutions
Dept LA22988
Pasadena, CA 91185-2988


Leslie Frankel
1886 Edmond Road
Abington, PA 19001


Lewis Rubin
6404 Avenida Wilfredo
La Jolla, CA 92037


Linda McBride
19741 Scotland Drive
Saratoga, CA 95070


Lisa Jennings
5039 Cole Road
Memphis, TN 38117


Live Meeting
One Microsoft Way
Redmond, WA 98052


Marc Cohen
32 Westmount Drive
Livingston, NJ 07039

Margaret Horn
21 Tulip Lane
San Carlos, CA 94070


Mariann Caprino
261 School House Road
Hudson, NY 12534


Marianne C. Mann, MD PC
7105 Bifer Lane
Highland, MD 20777


Marianne Mann, MD, PC
7105 Biter Lane
Highland, MD 20777


Mark Goldsmith
1024 Louise Street
Menlo Park, CA 94025


Martin Ogeltree
646 S. State Street
Newtown, PA 18940


Med Script Association
176 Chemlin St.-Henri, Ste-Marthe
Quebec, Canada
JOP 1W0


Med-Script Association
176 Chemlin St-Henri, Ste-Marthe
Quebec, Canada
JOP 1W0

Michaels & associates
32108 Alvarado Blvd, #200
Union City, CA 94587


Morgan Lewis
Dave Breznee
One Market, Spear St Tower
San Francisco, CA 94105


Morris, Nichols, Arsht & Tunnel, LLP
PO Box 1347
Wilmington, DE 19899


Murli Krishna
D-98, Ranjangaon M.I.D.C., Tal-Shirur
Distpune, Pin-412 209 India


Myrna Dolovich
391 Queen St. South
Hamilton ON
L8P 3TG, Canada


O'Melveny & Myers, LLP
2765 Sand Hill Road
Menlo Park, CA 94025


Office Depot
PO Box 70025
Los Angeles, CA 90074-0025


Osbakken Consulting
29 W. Walnut Lane
Philadelphia, PA 19144

Pablo Lapuerta
757 College Avenue
Menlo Park, CA 94025


Parexel
5239 Paysphere Circle
Chicago, IL 60674


Parexel
200 West Street
Waltham, MA 02451


Patheon, Inc.
7070 Mississauga Road, #350
Mississauga, Ontario, Canada


Paul Gurbel
Platelet and Thrombosis Research LLC
Sainao Hospital
2401 W. Belvedere Avenue
Baltimore, MD 21215


Peninsula Communications
562 E. Weddell Drive
Suite 2
Sunnyvale, CA 94089


Pension Dynamics
2300 Contra Costa Blvd.
Suite 400
Pleasant Hill, CA 94523


PharmaDelivery Solutions
Dalheim, Low Road, Grimston
Norfolk, PE 321AF
UK

Pinnacle Ventures
130 Lytton Avenue, #220
Palo Alto, CA 94301


Pitney Bowes
PO Box 856042
Louisville, KY 40285-6042


Premier Global Services
PO Box 404351
Atlanta, GA 30384-6216


Prospect Venture Partners III, L.P.
435 Tasso Street, #200
Palo Alto, CA 94301


QuadraMed
MG House, Rumbolds Hill
Midhurst, West Sussex, GU29 9BY UK


Quality Assurance Systems, Inc.
30848 Villa Toscana
Bonsall, CA 92003-6216


Quintilles, Inc
PO Box 601070
Charlotte, NC 28260-1070


Raymond Lipicky
15201 Apricot Lane
North Patomac, MD 20878

Regulatory Professionals, Inc
730 Kirkwall Place
Milpitas, CA 95035


Richard Becker
2400 Pratt Street
Durham, NC 27715


Ridgeback Capital Investments, L.P.
430 Park Avenue, 12th Floor
New York, NY 10022


Robert R. Fenichel
4121 Burkehill Road
West Vancouver, BC V7V 3M3
Canada


Ronald Gerber
3249 Jackson Street
San Francisco, CA 94118


Santa Clara County Assessor
70 West Hedding Street
East Wing
San Jose, CA 95110


SAS Biomedic Insure
PIBS-CP 142 56038
Vannes Cedex France


Steven Steinhubl
1413 Brianna Ct.
Lexington, KY 40513

Susan Schrader
8 Ridge Court
Redwood City, CA 94062


Susan Schrader
8 Ridge Court
Woodside, CA 94062


Synergee LLC
306 Upper Mountain Ave
Upper Montclair, NJ 07043


Telepacific Communications
515 S. Flower St.
47th Floor
Los Angeles, CA 90071


Telepacific Communications
PO Box 526015
Sacramento, CA 95852-6015


Teresa De Marco
Division of Cardiology
505 Parnassus Avenue, 1180M
San Francisco, CA 94143


The Keffi Group Ltd.
500 5th Avenue, 44th Floor
New York, NY 10110


The Weinberg Group, Inc.
1220 19th Street, NW, Suite 301
Washington, DC 20036

Thomas H. Rossing
95 Rowell Drive
Lyons, CO 80540


Thomas Schnitzer
910 S. Laflin Street
Chicago, IL 60607


US-Attorney
650 Capital Mall #3305
Sacramento, CA 95814


US-Attorney General
Dept. of Justice Tax Div
Main Justice Building
10th St. & Constitution Ave. NW
Washington, DC 20530


US-Attorney Tax Division
450 Golden Gate Ave 10th Fl
PO Box 36055
San Francisco, CA 94102


US-Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001


US-Dept. of Justice
Attorney General Civil
Trial Section - Western Region
P.O. Box 683 Ben Franklin Station
Washington, DC 20044


US-IRS
PO Box 21126
Stop N781
Philadelphia, PA 19114

Verizon Wireless
PO Box 96088
Bellevue, WA 98009


Woodfield Clinical Consulting LLC
5481 South Acacia Creek Drive
Green Valley, AZ 85614-8098


Workspace Innovations
240 El Camino Real
Belmont, CA 94002

# United States Bankruptcy Court
## Northern District of California

In re __Cogentus Pharmaceuticals, Inc._____     Case No. _____

                                        Debtor(s)                    Chapter __7_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Cogentus Pharmaceuticals, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**BBT Fund, L.P.**
**201 Main Street, #3200**
**Fort Worth, TX 76102**

**Berner (Consultant), Bret**
**424 Lee Avenue**
**Half Moon Bay, CA 94019**

**Gallivan, Gerry**
**4021 Gilf Shore Blvd., N, #904**
**Naples, FL 34103-2233**

**Matthew Garrett**
**5165 Appennines Circle**
**San Jose, CA 95138**

**Mark Goldsmith**
**1024 Louise Street**
**Menlo Park, CA 94025**

**Gunderson, Bob**
**155 Constitution Drive**
**Menlo Park, CA 94025**

**John Jermano**
**PO Box 2914**
**El Granada, CA 94018**

**Pinnacle Ventures**
**130 Lytton Avenue, #220**
**Palo Alto, CA 94301**

**Prospect Venture Partners III, L.P.**
**435 Tasso Street, #200**
**Palo Alto, CA 94301**

**Ridgeback Capital Investments, L.P.**
**430 Park Avenue, 12th Floor**
**New York, NY 10022**

**Samudovsky, Barbara**
**1012 E. State Street**
**Boise, ID 83712**

**Sheevers, Hilary**
**9424 Overlea Drive**
**Rockville, MD 20850**

**The Keffi Group Ltd.**
**500 5th Avenue, 44th Floor**
**New York, NY 10110**

☐ None [*Check if applicable*]

**January 16, 2009**

Date

/s/ William C. Lewis, Esq.

**William C. Lewis, Esq. 77193**

Signature of Attorney or Litigant
Counsel for   **Cogentus Pharmaceuticals, Inc.**

**Law Offices of William C. Lewis**

**510 Waverley St.**
**Palo Alto, CA 94301**
**650-322-3300 Fax:650-327-9720**
**wclewis@williamclewis.com**

# United States Bankruptcy Court
## Northern District of California

In re **Cogentus Pharmaceuticals, Inc.**     Case No. _____

                                             Debtor(s)     Chapter    **7** _____

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>   (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | | |
|---|---|---:|
| 1. Gross Income For 12 Months Prior to Filing: | $ | **493,250.03** |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | | |
|---|---|---:|
| 2. Gross Monthly Income | $ | **0.00** |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | | |
|---|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ | **231,000.00** |
| 4. Payroll Taxes | | **7,309.00** |
| 5. Unemployment Taxes | | **48.00** |
| 6. Worker's Compensation | | **1,358.00** |
| 7. Other Taxes | | **841.00** |
| 8. Inventory Purchases (Including raw materials) | | **0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | **0.00** |
| 10. Rent (Other than debtor's principal residence) | | **58,965.00** |
| 11. Utilities | | **16,000.00** |
| 12. Office Expenses and Supplies | | **0.00** |
| 13. Repairs and Maintenance | | **0.00** |
| 14. Vehicle Expenses | | **0.00** |
| 15. Travel and Entertainment | | **30,000.00** |
| 16. Equipment Rental and Leases | | **750.00** |
| 17. Legal/Accounting/Other Professional Fees | | **215,682.00** |
| 18. Insurance | | **42,567.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | **15,890.00** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

      DESCRIPTION                           TOTAL

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Clinical trials supplies, fees & other related expenses** | **5,765,000.00** |

| | | |
|---|---|---:|
| 22. Total Monthly Expenses (Add items 3-21) | $ | **6,385,410.00** |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | | |
|---|---|---:|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ | **-6,385,410.00** |